AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

_____WESTERN_____ **DISTRICT OF** _____NEW YORK_____

UNITED STATES OF AMERICA
v.

## CRIMINAL COMPLAINT

1) JUAN ANTONETTY
2) ANTHONY MENDEZ
3) ARAMIS FOURNIER
4) JONATHAN ROSARIO
5) CHRISTIAN ROSARIO
6) JOSE SANABRIA
7) RICHARD VEGA
8) JOSE CRUZ
9) SARAH SANFORD
10) RICHARD GARVEY
11) MIKE MARTINI
12) AME HUSS
13) ROBERT GARIGAL

(Name and Address of Defendant)

**CASE NUMBER: 07-M-97**

FILED
U.S. DISTRICT COURT
W.D. of N.Y

AUG 23 2007

AT____9'6____M.
BY_____
TITLE____/D____

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. Between in or about _January 2007 and August 10, 2007_, in the __Western

District of ____New York____ and elsewhere, Defendant(s), (Track Statutory Language of Offense)

**knowingly, willfully and unlawfully conspired to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, and did knowingly, intentionally and unlawfully use a communication facility to commit a drug felony**

in violation of Title__21__ United States Code, Sections __841, 843(b), and 846__.

I further state that I am a(n) _Special Agent of the Federal Bureau of Investigation_
                                                      Official Title
and that this complaint is based on the following facts:

### See attached affidavit.

Continued on the attached sheet and made a part hereof:      ( **X** ) Yes      ( ) No

_____
JOHN A. YERVELLI, JR.
Signature of Complainant

Sworn to before me and subscribed in my presence,

August __23__, 2007                at _Buffalo, New York_
Date                                      City and State

**HON. H. KENNETH SCHROEDER, JR.**
**U.S. MAGISTRATE JUDGE**
Name & Title of Judicial Officer                Signature of Judicial Officer

## AFFIDAVIT

STATE OF NEW YORK  )
COUNTY OF ERIE     ) ss:
CITY OF BUFFALO    )

## I.    INTRODUCTION

I, **JOHN A. YERVELLI, JR.**, Special Agent of the Federal Bureau of Investigation, United States Department of Justice, having been duly sworn, states as follows:

1.    I am a Special Agent of the Federal Bureau of Investigation (FBI).    As such, I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18, United States Code, Section 2516.

2.    I have been so employed as a Special Agent (SA) of the FBI for approximately twelve years.    During my employment with the FBI, I have participated in prosecutions and/or investigations of illegal drug trafficking activities, public corruption, white collar crime (Health Care Fraud, Bank Fraud, etc), domestic terrorism, and international terrorism, in the Western District of Texas, District of Puerto Rico, and the Western District of New

York.   I am familiar with how controlled substances are illegally obtained, diluted, packaged, distributed, sold, and used in the framework of illegal drug trafficking.   I am familiar with how individuals who engage in illegal drug trafficking activities utilize communications devices to facilitate their illegal drug trafficking activities and how these individuals attempt to conceal and/or utilize the illegal proceeds from their illegal drug trafficking activities.   My investigative experience detailed herein, as well as the experience of other law enforcement personnel who are participating in this investigation, serve as the basis for the opinions and conclusions set forth herein.

3.   Your Affiant states that this investigation is being conducted by Special Agents of the FBI, members of the New State Police, and other law enforcement personnel assigned to the FBI Buffalo Division - Safe Streets Task Force (FBI-SSTF).   Your Affiant is fully familiar with the facts and circumstances of this investigation, such familiarity having been gained through:   your Affiant's personal knowledge based upon your Affiant's participation in this investigation; statements by and/or reports provided to your Affiant by law enforcement personnel of the FBI-SSTF, New York State Police (NYSP), Buffalo Police Department (BPD), New York State Division of Parole (NYSDP), and other law enforcement agencies; federal court authorized wire communications

2

interceptions, information provided by confidential sources, information learned through a review and analysis of pen register/detailed calling records (toll records) and subscriber information related to subjects of this investigation installed pursuant to court authorization, interviews of various individuals believed to be associated with subjects of the investigation, search warrants, physical surveillances, records checks of various public and law enforcement data bases, and other investigative techniques.

II.  **FEDERAL STATUTES ALLEGED TO HAVE BEEN VIOLATED BY SUBJECTS OF THIS INVESTIGATION AND IDENTIFICATION OF SUBJECTS OF THE INVESTIGATION FOR WHOM CRIMINAL COMPLAINTS ARE SOUGHT TO BE FILED**

4.  This investigation has identified the following individuals, as well as others, as being involved in a criminal enterprise to distribute controlled substances in violation of the aforementioned federal statues: **JUAN J. ANTONETTY a/k/a SHORTY, ANTHONY MENDEZ a/k/a ANT or MENOR, ARAMIS FOURNIER a/k/a SMURF, JONATHAN ROSARIO, a/k/a JOHN B, JOSE SANABRIA a/k/a ZANAHORIA, RICHARD VEGA a/k/a RICHIE, JOSE CRUZ a/k/a LUISITO or FLACO, CHRISTIAN ROSARIO a/k/a PG, SARAH SANFORD, RICHARD GARVEY a/k/a RICK, MICHAEL MARTINI, AME HUSS and ROBERT GARIGAL.**

3



5. This investigation indicates subjects of this investigation have committed violations of the following federal statutes: conspiracy to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841 and 846, and unlawful use a communication facility to commit a drug felony, in violation of Title 21, United States Code, Section 843(b).

## III. **FEDERAL COURT ORDERED AUTHORIZATIONS FOR WIRE COMMUNICATION INTERCEPTIONS RELATED TO THIS INVESTIGATION REFERENCED IN THIS AFFIDAVIT**

6. During the period from approximately April 23, 2007, until August 10, 2007, various federal court authorized wire communications interceptions were conducted regarding this investigation. While all of the cellular telephones, which were the subject of interception orders in this investigation, have the ability to make traditional Direct Dial (DD feature) telephone calls, many of the telephones utilized by members of this organization have a Direct Connect (Push to Talk - PTT) service feature, which members of the organization also utilize to conduct there illegal drug trafficking activities. All of the interception orders referenced in this affidavit were authorized by the Honorable William M. Skretny, United States District Court Judge. In the applications submitted in support of each of these orders, it was alleged that there was probable cause to believe that PEDRO

4

ANTONETTY, JORGE OLIVERA, JUAN ANTONETTY, ANTHONY MENDEZ and various other individuals had been, were presently and would continue to be involved in offenses involving, _inter alia_, the unlawful distribution of controlled substances and conspiracy, in violation of Title 21, United States Code, Sections 841 and 846. The following reference table lists the telephone numbers intercepted during this investigation, the user of the telephone number, and the associated target telephone (TT) numbers assigned to those telephone numbers as utilized and/or referenced in this Affidavit:

| TELEPHONE NUMBER | ORDER # | USER | TARGET TELEPHONE (TT) # |
|---|---|---|---|
| 716-828-5293 | 07-MR-43 | ANTHONY MENDEZ | TT-1 |
| 716-580-2021 | 07-MR-43 & 07-MR-78 | JUAN ANTONETTY | TT-2 |
| 716-580-2723 | 07-MR-77 | PEDRO ANTONETTY | TT-3 |
| 716-580-2724 | 07-MR-77 | CARMELO MERCADO | TT-4 |
| 716-236-5121 | 07-MR-88 | JORGE OLIVERA | TT-5 |

## IV.  PROBABLE CAUSE

7.   The following table is provided as a reference for applicable probable cause paragraphs regarding the subjects named

in this affidavit, which is being supplied in support of a criminal complaint:

| VIOLATORS | PROBABLE CAUSE PARAGRAPH |
|---|---|
| JUAN ANTONETTY | 10., 18., 20., 21., 22., 23., 24., 26., 27., 28., 29., 30., 36., 40., 41., 44., 46., 49., 50., 51., 53., 55., 72., 74., 75., 83., 92. |
| ANTHONY MENDEZ | 10., 18., 20., 27., 31., 33., 57., 69., 70., 75., 76., 77., 78., 79., 81., 96., 108 |
| ARAMIS FOURNIER | 10., 12, 18, 20, 38, 43. 44. 52. 55. 57. 65. 66., 70, 75. 76., 78. 80. 90. 97. 100. 108. |
| JONATHAN ROSARIO | 10. 24. 25. 36. 37. 40. 41. 46. 51. 75. 83. 88. 93. 100. 108 |
| JOSE SANABRIA | 10. 18. 20. 29. 108. |
| RICHARD VEGA | 10. 18. 20. 36. 40. 41. 44. 47. 52. 60. 66. 67. 69. 76. 94. 108. |
| JOSE CRUZ | 10. 36. 44. 51. 53. 89. 92. 108. |
| CHRISTIAN ROSARIO | 10. 22. 23. 25. 108. |
| SARAH SANFORD | 10. 35. 54. 64. 84. 108. |
| RICHARD GARVEY | 10. 48. 56. 58. 79. 80. 81. 87. 108. |
| MIKE MARTINI | 10. 38. 39. 42. 45. 59. 101. 102. 108. |
| AME HUSS | 10. 26. 27. 31. 33. 94. 95. 108. |

6

| **ROBERT GARIGAL** | 103, 104, 105, 106, 107, 108 |
|---|---|

## A.    BACKGROUND OF INVESTIGATION:

8.    In approximately May 2005, the NYSP, Special Investigation Unit, Buffalo Office initiated an investigation into the drug trafficking activities of the ANTONETTY organization, which includes, but is not limited to, PEDRO ANTONETTY, JORGE OLIVERA, CARMELO MERCADO, ISRAEL CONCEPCION and others as detailed in this affidavit. The investigation is now being conducted by the FBI-SSTF. As a result of this investigation, evidence has been obtained which indicates the ANTONETTY organization is involved in the large-scale distribution of heroin in the Buffalo, New York area. The heroin has been distributed from several different locations in the Buffalo, New York area, including, but not limited to, 809 Niagara Street, 452 West Utica, and 44 Massachusetts. The location where the heroin is being distributed is referred to as the "spots[1]." This investigation has shown that the ANTONETTY

---

[1]Heroin "spots" are apartments, houses, or corners that are utilized for the purpose of selling heroin. Dealers obtain control of their "spots" by occupying them and selling heroin to users. On occasion, arguments, physical fights and shootings occur when two dealers decide to take control of the same "spot." Problems also arise when other dealers decide to sell their heroin at a location close to another groups "spot" because they lose prospective customers to these other dealers. Dealers often prefer to obtain a house or apartment as a "spot" to sell their heroin. A house or apartment offers dealers the privacy they need to conduct their heroin transactions. The problem with house or apartment "spots" is that the dealers must move them frequently in order to avoid being noticed by law enforcement. The vehicle and pedestrian

organization's spot is open from 6:00 a.m. to 6:00 p.m., 7 days a week. At the present time, because of law enforcement actions related to the illegal drug activities of the organization, the investigation indicates the organization does not have a "spot."

9. This investigation further indicates PEDRO ANTONETTY was and/or is responsible for obtaining and arranging for the transportation of multiple kilogram quantities of heroin to Buffalo, New York, and for arranging the distribution of the heroin by several individuals who were directly supervised by PEDRO ANTONETTY and JORGE OLIVERA. The investigation indicates that like any business organization the organization has a defined structure (personnel with specific responsibilities), personnel staffing problems (individuals scheduled to work but not showing up and/or breaking the standard operating procedures or rules of the organization as they relate to the illegal drug operations of the organization), and product quality and/or supply problems (the supply and quality of illegal narcotics, specifically heroin, is how the organization maintains its customer base).

10. The investigation indicates while PEDRO ANTONETTY is not involved in the actual sale and/or distribution of the heroin to

traffic associated with heroin "spots" can be quickly noticed by law enforcement personnel as well as neighbors or people not involved in the heroin trafficking. As a result, dealers move their house or apartment "spots" often in order to avoid detection.

the organization's customers at the organization's "spot," JORGE OLIVERA supervises the members of the organization who operate the organization's "spot" and JORGE OLIVERA reports directly to PEDRO ANTONETTY. The organization has core members who are responsible for maintaining the "stash house" (location for storing illegal drugs - this was and/or is ISRAEL CONCEPCION's role), delivering illegal drugs to the "spot" as needed and to customers outside of the "spot" (this was CARMELO MERCADO's role), and conducting the actual operations at the "spot" (these are and/or were **JUAN ANTONETTY, ANTHONY MENDEZ, ARAMIS FOURNIER, JONATHAN ROSARIO** and **JOSE SANABRIA's** roles). There are other individuals who are employed by the organization who are responsible for various other duties at the "spot," as directed by senior members of the organization, such as controlling the door (access) at the "spot," cleaning the location, and conducting counter surveillance for law enforcement activities which may be related to the illegal drug activities at the "spot" (these are and/or were **RICHARD VEGA** and **JOSE CRUZ's** roles). The organization's counter surveillance is important to the goals of the conspiracy, because this surveillance protects the spot and the organization members from being detected by law enforcement. In addition, the organization has certain customers who buy sufficient quantities of heroin to distribute to their own individual customers (these are and/or were **CHRISTIAN**

9

**ROSARIO, SARAH SANFORD, RICHARD GARVEY, MICHAEL MARTINI, AME HUSS and ROBERT GARIGAL's** roles).

11. On August 6, 2007, FBI-SSTF personnel, with the assistance of Buffalo Police Department (BPD) personnel, initiated a traffic stop of a white van driven by CARMELO MERCADO, who was known to be involved in heroin trafficking. This stop was conducted after intercepted communications indicated CARMELO MERCADO and JORGE OLIVERA were going to be meeting with PEDRO ANTONETTY and ISRAEL CONCEPCION. FBI-SSTF and BPD personnel later observed MERCADO and OLIVERA departing the residence of PEDRO ANTONETTY, located at 88 Tacoma Avenue, Upper, Buffalo, New York, and then traveling to a suspected "stash house," located at 264 Roesch Street, Lower, Buffalo, New York.[2] After MERCADO and OLIVERA exited 264 Roesch and entered MERCADO's van, it was stopped by BPD personnel.

12. On August 6, 2007, at 6:01 p.m., ARAMIS FOURNIER a/k/a SMURF contacted PEDRO ANTONETTY at TT-3 (PTT 671) and advised ANTONETTY that MERCADO and OLIVERA had been stopped by the police.

---

[2]The investigation had previously identified this type of activity pattern as indicative of the organization obtaining and/or processing illegal narcotics. The pattern is as follows: ANTONETTY and OLIVERA and/or MERCADO usually arrange to meet at ANTONETTY's residence, and then OLIVERA and MERCADO arrange to meet with ISRAEL CONCEPCION. Afterwards, intercepted conversations indicate the organization has an additional/new supply of heroin.

FOURNIER further told ANTONETTY that they were checking out the van. FOURNIER later advised ANTONETTY what the police did with MERCADO, OLIVERA and the van. ANTONETTY did not say anything to FOURNIER regarding the police stopping MERCADO and OLIVERA.

13.   Later in the day on August 6, 2007, a K-9 unit alerted on MERCADO's van and a subsequent search of the vehicle revealed 21 unstamped bundles[3] (approximately 210 individual baggies) of heroin. MERCADO was then arrested by BPD for unlawful possession of heroin. However, because JORGE OLIVERA was only a passenger in the vehicle at the time of the stop, OLIVERA was released prior to the K-9 search being conducted on the vehicle and not charged with

---

[3]Groups and/or individuals that distribute and/or sell heroin often mark their packaging with a symbol and/or written words which can be used to distinguish the heroin from other heroin being sold by other groups and/or individuals. The symbol and/or written wording on the packaging is commonly referred to as the "stamp." Heroin is commonly packaged for street sale in glassines (small wax paper envelopes) which contain the stamp of the groups and/or individuals selling the heroin. Each glassine usually contains approximately one tenth of gram of heroin. There are ten glassines to a bundle (approximately one gram of heroin) and there are five bundles to what is referred to as a package (approximately five grams of heroin). The glassines which make up the bundles are usually banded together with small rubber bands. The heroin can be sold by the individual glassine(s) for approximately $10.00 to $20.00 each, by the bundle(s) for approximately $90.00 to $130.00 each, or in a loose powder form when dealing with larger amounts for approximately the same amounts for each gram. Usually the purity of loose heroin is better so it can be diluted (sometimes referred to as "cut" or "cutting") and packaged for sale at a profit. Members of this organization stopped stamping their heroin because they, correctly, believed law enforcement could use this type of information against them.

possessing the heroin. On this same date, the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, signed search warrants for 88 Tacoma Avenue, Upper, Buffalo, and 264 Roesch Street, Lower, Buffalo.

14. On August 7, 2007, both federal search warrants were executed and approximately 192 grams of uncut heroin was recovered from 264 Roesch Street, Lower, along with packaging materials. In addition, JUAN CONCEPCION, the brother of ISRAEL CONCEPCION, who was present at the residence was arrested and taken into federal custody. The search of 88 Tacoma Avenue, Upper, yielded phone records and other documents deemed by Investigators to be related to the investigation. On this same date, a federal Grand Jury indicted PEDRO ANTONETTY, JORGE OLIVERA, CARMELO MERCADO, JUAN CONCEPCION and another person on federal drug charges. Federal arrest warrants were issued PEDRO ANTONETTY, JORGE OLIVERA, CARMELO MERCADO, and another person.

15. On August 10, 2007, after obtaining federal search warrants for 97 Delaware Road, Upper, Kenmore, NY (the residence of JORGE OLIVERA), 97 Rhode Island Avenue, Lower, Buffalo, NY (the residence of CARMELO MERCADO), and 93 Chadduck Avenue, Lower, Buffalo, NY (the residence of ISRAEL CONCEPCION), FBI-SSTF and other law enforcement personnel executed the aforementioned arrest

and search warrants.  During the searches, various documents were recovered related to the investigation and PEDRO ANTONETTY, JORGE OLIVERA, and CARMELO MERCADO were arrested.  As a result of the previously detailed law enforcement activities, members of the organization have not ceased their illegal drug activities, but rather, have significantly curtailed, and become more diligent in concealing, their illegal drug activities.

**B.   CONTROLLED EVIDENCE PURCHASES**

16.   There have been numerous controlled evidence purchases of heroin conducted during this investigation.  The majority of the controlled evidence purchases were conducted by FBI-SSTF personnel utilizing a confidential source who was controlled by FBI-SSTF personnel.[4]  From approximately October 2006 until approximately May 2007, FBI-SSTF personnel conducted approximately 20 controlled

---

[4]The majority of the confidential source's information has been corroborated through independent investigation, by information received from other confidential and reliable sources, and by information received independently and separately from other law enforcement agencies.  The majority of this confidential source's information has been found to be accurate and reliable and has never proved to be intentionally false or misleading.  As a result, it is believed that the confidential source's information is reliable.  The CS is cooperating with law enforcement in exchange for possible favorable prosecutorial consideration from the United States Attorney's Office for the Western District of New York, relating to pending charges against another individual and for monetary consideration.  The CS has advised your Affiant and/or law enforcement personnel that the CS's information is based upon either personal observations or personal conversations either directly with the individuals involved or with other persons the CS knows to be closely associated with the individuals.

evidence purchases of heroin from various members of the ANTONETTY organization at various locations utilized by the organization during the time period.

17. As a result of the previously mentioned controlled evidence purchases and source debriefings/interviews regarding this investigation resulted in positively identifying the following locations in the City of Buffalo as having been utilized by the ANTONETTY organization to conduct illegal heroin sales: 397 Plymouth Avenue, 452 West Utica Street, 142 Lafayette Avenue, 44 Massachusetts Avenue and 809 Niagara Street.

18. As a result of the previously mentioned controlled evidence purchases, other controlled evidence purchases conducted by members of the New York State Police (NYSP) prior to October 2006 regarding this investigation, and confidential source debriefings/interviews the following subjects, among others, detailed in this affidavit have been identified as being core members of the ANTONETTY organization: PEDRO ANTONETTY, JORGE OLIVERA, JUAN ANTONETTY, ANTHONY MENDEZ, ARAMIS FOURNIER, JOSE SANABRIA, ISRAEL CONCEPCION and RICHARD VEGA.

14

C.   **INTERCEPTED CONVERSATIONS AND LAW ENFORCEMENT ACTIONS TAKEN RELATING TO THE SUBJECTS OF THIS INVESTIGATION AND THEIR INVOLVEMENT IN THE ENUMERATED OFFENSES DURING THE PERIOD OF FEDERAL COURT AUTHORIZED WIRE INTERCEPTION**

19.  Throughout the course of wiretap interceptions in this investigation, various conversations were intercepted which demonstrate the involvement of the individuals set forth in ¶4 of this affidavit have conspired and/or are conspiring to possess with the intent to distribute and to distribute heroin and have used telephones to commit a drug felony.  Intercepted conversations with each individual which demonstrate their involvement in drug distribution activity are hereinafter set forth.  The conclusions contained in this affidavit are based on your affiant's training and experience, as well as information obtained during the course of this investigation.

20.  On April 25, 2007, at approximately 12:23 p.m., JUAN ANTONETTY and JOSE SANABRIA a/k/a "ZANAHORIA," engage in conversation using TT-2 (PTT Session 152).  ANTONETTY asks what happened and SANABRIA asks, "Done?"  ANTONETTY replies by asking, "Done?"  He then says, "ZANAHORIA, you know that doesn't take five seconds.  Why, are you empty?"  SANABRIA asks, "How long before you get over here?"  ANTONETTY says, "Not even an hour, don't worry I'll make it quick."  I believe in this conversation SANABRIA is at

15

the drug spot, which at the time was 809 Niagara Street, and has run out of heroin. SANABRIA is waiting for ANTONETTY to bring additional heroin to re-stock the drug spot. This investigation indicates the organization does not keep large amounts of heroin and/or money at the "spot" and restocks the narcotics from another location where the heroin is packaged and/or stored. By using this method to conduct their illegal drug operations, the spot and/or the individuals working at the spot never possess large amounts of narcotics or money. As such, if law enforcement actions are taken against the spot and/or individuals at the spot, it is unlikely significant seizures will be made or serious charges will be filed against members of the organization.[5]

21. On April 25, 2007, at approximately 1:59 p.m., JUAN ANTONETTY and JORGE OLIVERA, engage in conversation using TT-2 (PTT Session 181). ANTONETTY tells OLIVERA to come back as soon as possible. OLIVERA says to give him less than ten minutes, because he has to get his truck. ANTONETTY replies whatever you want, "I am dry, dry," but whatever, I'll wait ten minutes. OLIVERA says to remember he doesn't have a car so he has to go run and get it.

_____

[5]For example, your Affiant confirmed that BPD executed a search warrant at 44 Massachusetts Avenue, Buffalo, New York, on March 23, 2007, in the afternoon. The location on 44 Massachusetts was the organization's "spot" at the time. ANTHONY MENDEZ, ARAMIS FOURNIER, RICHARD VEGA and another person were arrested and charged with possession of marijuana. According to criminal history records checks, the charges were eventually dismissed. Your affiant is not aware of any heroin being seized from the location.

16

ANTONETTY mentions rushing and says you know what's up.  It is believed that in this conversation ANTONETTY is at the spot and has run out of heroin.  He is contacting OLIVERA to pick up more heroin and bring it to the spot.

22.  On April 26, 2007, at approximately 11:25 a.m., JUAN ANTONETTY and JORGE OLIVERA, engage in conversation using TT-2 (PTT Session 312).    JORGE  OLIVERA  states  that  "P.G."  (which  this investigation has determined is the nickname of CHRISTIAN ROSARIO) is real cocky.  JUAN ANTONETTY says that P.G. (CHRISTIAN ROSARIO) better be careful how he talks to OLIVERA before he takes it up with him or tells "JUNEBUG" (which this investigation has shown is one of PEDRO ANTONETTY's nicknames).  OLIVERA again states that he (meaning CHRISTIAN ROSARIO) is cocky and he doesn't care anymore and he should just let him "keep that shit" and "go spin it." ANTONETTY says that P.G. won't keep it because he is going to call him in a second and tell him to bring it here.  ANTONETTY adds that dealing with P.G. is like dealing with CHINO.  OLIVERA says he is not shady like he is saying.  ANTONETTY is upset P.G. said that and is going to call him right now and have him bring what he owes OLIVERA.   OLIVERA tells ANTONETTY he does not need to call him. ANTONETTY says it is not what they want, but what you say and states again he is going to call him and have him come here. OLIVERA says ANTONETTY does not need to call, but P.G.'s got some

17

nerve.  OLIVERA wants everyone to be equal, do the right thing, and not take him for granted.  ANTONETTY says P.G. can't be doing that "bullshit," but he'll get it.  OLIVERA says he gives it (I believe OLIVERA means illegal narcotics) to P.G. whenever he wants it, but OLIVERA has to wait for whenever P.G. wants to give it (I believe OLIVERA means illegal drug proceeds) to him.  ANTONETTY says all he has to do is let JUNEBUG know, because it is whatever OLIVERA says.  OLIVERA says he feels bad and just wants to be fair with everybody.  ANTONETTY replies that he is fair and it is not whatever they want.  He says he is going to call P.G. right now.  OLIVERA tells him not be cocky.  They continue to discuss the situation in PTT Session 315, 320, and 321)

23.  On April 26, 2007, at approximately 11:30 am, JUAN ANTONETTY and CHRISTIAN ROSARIO a/k/a "PG" engage in conversation using TT-2 (DD Session 63).  CHRISTIAN ROSARIO tells JUAN ANTONETTY he has been paging JORGE OLIVERA to pay him and JORGE OLIVERA is not responding.  CHRISTIAN ROSARIO tells JUAN ANTONETTY that OLIVERA had better come and get his money before ROSARIO spends it.  JUAN ANTONETTY says how are you going to spend that "shit" when that is JUNIOR's (a reference to PEDRO ANTONETTY) "shit."  CHRISTIAN ROSARIO says he does not care and asks if JUAN ANTONETTY is speaking for "GEORGIE" (a reference to JORGE OLIVERA) now.  JUAN ANTONETTY tells CHRISTIAN  ROSARIO he is just going to let JUNEBUG

18

know and have him call CHRISTIAN ROSARIO. This conversation demonstrates that CHRISTIAN ROSARIO is an associate member of the organization who sells heroin that he buys from the ANTONETTY organization.

24. On April 26, 2007, at approximately 11:31 a.m., JORGE OLIVERA and JUAN ANTONETTY engage in conversation using TT-2 (PTT Session 322). JUAN ANTONETTY tells OLIVERA to let JUNEBUG call P.G. because all he can do is get punched in the face because he has a mouth and a half just like his brother (which I believe is a reference to JONATHAN ROSARIO). JUAN ANTONETTY adds not to pay any mind to it and to just tell JUNIOR and tell him to deal with P.G. OLIVERA asks what happened. ANTONETTY says P.G. wants to keep the money and asked if ANTONETTY was talking for GEORGIE. ANTONETTY then told P.G., that money is not for GEORGIE, it is for JUNIOR and P.G. said he didn't care. OLIVERA says that is what he was saying earlier and to just let him keep it. In this call, it is believed that JUAN ANTONETTY and OLIVERA are discussing illegal narcotics that OLIVERA gave to P.G. to sell with the understanding that P.G. would pass the money earned from the sale back to OLIVERA. However, P.G. has apparently mouthed off to OLIVERA and intends to keep it. OLIVERA is frustrated and says he doesn't care and P.G. can just keep the narcotics and sell them for himself. I believe JUAN ANTONETTY is not happy with this, and says he is going to call

19

P.G. and get him to bring the money and/or drugs over.  JUAN ANTONETTY reveals the hierarchy of the organization by indicating that OLIVERA is the one who is in charge of providing the narcotics and collecting the money from the sales on behalf of PEDRO ANTONETTY, who is actually owed the heroin proceeds.  Since P.G. is not cooperating, it is suggested that OLIVERA's boss, PEDRO ANTONETTY, be told and he will take care of the problem.

25.  Approximately two weeks after this series of calls with CHRISTIAN ROSARIO, in approximately the first week of May, PEDRO ANTONETTY traveled to Puerto Rico with CHRISTIAN ROSARIO.  A few days after PEDRO ANTONETTY's return to Buffalo, JONATHAN ROSARIO also returned to the Buffalo, New York, area and began working for the ANTONETTY organization.  Based on other intercepted conversation it is believed that PEDRO ANTONETTY brought JONATHAN ROSARIO back into the organization, against the wishes of some of the other members of the organization, after JONATHAN ROSARIO had left for a period of time and was living in Puerto Rico.  Your Affiant believes CHRISTIAN ROSARIO now deals with his brother JONATHAN ROSARIO when CHRISTIAN ROSARIO needs heroin.

26.  On April 26, 2007, at approximately 12:17 p.m., JUAN ANTONETTY and CARMELO MERCADO a/k/a "UNCLE BOO," engage in conversation using TT-2 (PTT Session 0330).  MERCADO tells

ANTONETTY not to let anyone come outside because the boy (the police) is parked across the street. ANTONETTY says all right. MERCADO says he is around the block and will let him know in a second. ANTONETTY asks MERCADO to let him know what they are doing, if they are there for the hell of it or for something else. MERCADO says he is watching them. After a few minutes pass, ANTONETTY asks if they left. MERCADO says when he left they followed him, but pulled off. He was going to go around the block and check and tells ANTONETTY to wait. ANTONETTY asks if they followed him. MERCADO says no, there was a regular car across the street and when he (MERCADO) jumped into the van to pull out the "blue and white" (a marked Buffalo Police car) was behind him but went the other way. ANTONETTY says someone just walked in so it must not be parked. MERCADO says it is parked up the street a little bit, so if they don't look for it, they won't see it. MERCADO comes back saying the car is still there and he can see it. ANTONETTY asks if anyone is in the car. MERCADO says to give him ten seconds and he will let him know. MERCADO advises that there is a lady in there and to just chill for a minute, she is looking at some papers. MERCADO says he will keep an eye on her. ANTONETTY tells MERCADO he is going to have to stay around. After a few minutes, ANTONETTY asks if she left or not because people are still coming in. MERCADO says she (the police officer) is still there and for ANTONETTY to tell "GARY" next time he comes to tell

that lady not to be making all those U-turns in the middle of the street. MERCADO then asks if "AME" (which I believe is a reference to AME HUSS (see the next paragraph (27)) is in there. ANTONETTY says yeah, maybe it's her mother making the U-turns. MERCADO says to tell her mother to stop making U-turns on Niagara Street. ANTONETTY asks if she is driving a red car and MERCADO says yeah. MERCADO then says don't let anyone outside because the dude from across the street is out there talking to someone. JORGE OLIVERA then gets on the line and says everyone can leave. ANTONETTY asks if everything is all right. OLIVERA replies, "Yes sir." OLIVERA then says, "Let's be easy man cause a dude in a fucking brown Intrepid is fucking around in the neighborhood today." ANTONETTY says they have to be the ones paying attention, because he can't see out there. OLIVERA tells ANTONETTY to make sure he is on point that's all. ANTONETTY says he is on point as you can see, but they have to be the ones to let him know. ANTONETTY complains that they were telling him someone (law enforcement) was outside but they (customers) kept coming. OLIVERA says okay and he is around there now. In this conversation it is apparent that ANTONETTY, MERCADO and OLIVERA are concerned by law enforcement activity outside of the drug spot and that law enforcement may be watching them. Despite the police activity, drug customers continue to arrive at the spot, although JUAN ANTONETTY is not letting anyone leave so as not to draw law enforcement's attention to their illegal

22

activities. MERCADO and OLIVERA, who is believed to be riding in the car with MERCADO, continue to watch the area around the spot for law enforcement. It is also apparent that they maintain surveillance for law enforcement and seek to prevent detection by law enforcement by maintaining communication with persons inside the spot. Although not related to the Buffalo Police activity on Niagara Street, federal investigators were conducting surveillance in the area using a brown Dodge Intrepid. This surveillance observed a marked Buffalo Police car was stopped on Niagara Street a short distance from 809 Niagara Street.

27. On April 26, 2007, at approximately 4:52 p.m., ANTHONY MENDEZ and AME HUSS, engage in conversation using TT-1 (DD Session 0138).[6] The call is in response to a voice mail message left for MENDEZ by HUSS. AME asks MENDEZ if everything is all right because when she was around there earlier, it was scary. MENDEZ says he

---

[6]Telephone numbers 716-824-0718 and 716-573-9765 have both been used by an individual named AME to communicate and coordinate illegal drug activities with the subjects of this investigation. Both telephone numbers are subscribed to by DANIEL PACELLA, 4110 West Highland Parkway, Blasdell. During the investigation calls were intercepted indicating AME's father, and possibly her mother, would drive her to meet with subjects of this investigation for the purpose of conducting heroin purchases. A criminal history check of AME HUSS indicates she has been arrested for illegal drug activities in the past, specifically possession of heroin, and lists her address as 4110 West Highland Parkway, Blasdell, NY. In addition, an interview of both HUSS and PACELLA confirmed that PACELLA is her stepfather and both know CARMELO MERCADO and JORGE OLIVERA. Your Affiant believes the AME who was using telephone numbers 716-824-0718 and 716-573-9765 and whose conversations and activities are detailed in this Affidavit is AME HUSS.

thinks so, but didn't go by there yet. AME says they were all over and she had to stay in there for a while because they didn't want her to leave right away. AME goes on to say that she lost SHORTY's (JUAN ANTONETTY's) number and wanted know if MENDEZ could call SHORTY for her and see if it is all right to come by. MENDEZ agrees. This call is referencing the previously detailed incident which occurred earlier in the day while AME was at the drug spot at 809 Niagara Street, which is discussed in paragraph 26. I further believe AME is asking MENDEZ to call SHORTY because she knows he is at the drug spot and wants to go to that location to buy more illegal narcotics.

28.    On April 29, 2007, at approximately 8:43 p.m., JUAN ANTONETTY and JORGE OLIVERA engage in conversation using TT-2 (PTT Session 606). JUAN ANTONETTY asks JORGE OLIVERA if he should take a cab tomorrow, because he doesn't think he should leave the car there. OLIVERA says he thought "TITO" was going with ANTONETTY over there. ANTONETTY says whatever you decide, if you don't say anything how should I know. OLIVERA says for ANTONETTY to remember that TITO and "JUNIOR" (PEDRO ANTONETTY) spoke about it last week. JUAN ANTONETTY says that PEDRO ANTONETTY had said it would be whatever JORGE OLIVERA decides. In this conversation, JORGE OLIVERA and JUAN ANTONETTY are discussing working at the drug spot in the morning, but there is some confusion as to who is going to

24

be working with JUAN ANTONETTY.  This investigation indicates it is JORGE OLIVERA's responsibility to decide who works at the spot and when.  JUAN ANTONETTY confirms that PEDRO ANTONETTY had said it was JORGE OLIVERA's responsibility to decide such matters.  This call indicates PEDRO ANTONETTY's position within the organization is above JORGE OLIVERA's position.

29.  On May 3, 2007, at approximately 6:22 a.m., JUAN ANTONETTY and an Unknown Male (UM) engage in conversation using TT-2 (DD Session 478).  ANTONETTY tells the UM he will not be down there today (presumably the drug spot) because he has to take his daughter somewhere.  The UM asks which of the guys will be there so he can get "that" (presumably illegal narcotics).  ANTONETTY says ZANAHORIA (JOSE SANABRIA) is there and he may be there also.  He tells the UM to come by because he will be in and out all day.  The UM asks if he is there now.  ANTONETTY says he is not, but is on his way there to open up (open the drug spot for narcotic sales).  The UM asks if they are there already.  ANTONETTY says yes.  The UM tells ANTONETTY to tell them to give him a "bag right now," one of those bags or sacks you put corn in.  ANTONETTY acknowledges him.  The UM says he will be going to the field today to buy some rabbits to make stew.  The UM thanks ANTONETTY and says he will be on his way to see the guys.  I believe that in this call the UM attempted

to use coded language (the reference to a bag or sack for corn) for the bag of heroin he just ordered.

30.    On  May  3,  2007,  at  approximately  6:29  a.m.,  JUAN ANTONETTY and JORGE OLIVERA engage in conversation using TT-2 (PTT Sessions  971,  972,  973,  and  974).    JORGE  OLIVERA  asks  what  have they said so far.  JUAN ANTONETTY says nobody has shown up yet but as soon as a couple show up I'm going to [statement ends].  JORGE OLIVERA says to wait until he gets there.  JUAN ANTONETTY asks if "JUNE" is coming here (referring to PEDRO ANTONETTY a/k/a JUNIOR). JORGE OLIVERA says he is coming in his truck, and then adds that he thought TITO was there.  JUAN ANTONETTY asks where TITO is and asks if JORGE OLIVERA told him to come over here.  JORGE OLIVERA says he told JUAN ANTONETTY yesterday that TITO was coming and "JINO" was to stay home.  JUAN ANTONETTY asks where TITO is and says he is not going to go look for him.  He adds that it's 6:30 and TITO should show up and "he should be coming here to help himself."   JUAN ANTONETTY says that JORGE OLIVERA does enough for his brother already.  It is believed JUAN ANTONETTY is working at the drug spot and JORGE OLIVERA wants to know if he has had any customers yet and if they had made any comments about the quality of the narcotics recently.  As demonstrated in this conversation, JORGE OLIVERA is in charge of making sure people are scheduled and notified to work

at the drug spot. Here, TITO was expected to be working but has
not shown up.


31. On May 8, 2007, at approximately 1:14 p.m., ANTHONY
MENDEZ a/k/a "ANT" and AME HUSS engage in conversation using TT-1
(DD Session 795). This call is one in a series of cryptic
telephone calls to and from the same number in which it is presumed
that MENDEZ and HUSS are arranging for the purchase and pick up of
illegal narcotics (Sessions 793, 794, 795, 796, 797, 798, 799, 800,
802, 803, and 809). HUSS asks if he is over there or if anybody is
over there. MENDEZ says no one is there but asks how much she
needs and how much she has for rent. HUSS says she will let him
know. HUSS calls back and asks if MENDEZ heard what she needed.
He says no. She says "60" (which I believe is $60.00 worth of
heroin). MENDEZ says he can only get her a whole one (MENDEZ is
only willing to sell a whole bundle of heroin rather than breaking
up the bundle and selling individual bags). HUSS says she will see
what she can do and call him back. HUSS calls back and asks MENDEZ
if "she" is with him (I believe HUSS asking if MENDEZ has the
narcotics with him). MENDEZ tells her his friend is not with him.
HUSS asks if they have to take a ride to get "her" and if it will
be far. MENDEZ says not far. MENDEZ indicates he is down the
block. HUSS says okay but indicates she is with her dad in a work
truck and he is in a hurry to get back to work. She asks if they

are able to do that (make the deal quickly). MENDEZ says he will call her back in about two seconds. MENDEZ then makes five unsuccessful attempts to call HUSS. HUSS then calls MENDEZ and says she is turning down his street. HUSS calls back again asking MENDEZ if he is home. MENDEZ says that "BOOBIE" (which is a reference to CARMELO MERCADO) is on his way. HUSS is not happy and says that MENDEZ knows how BOOBIE is. She says she is with her dad and only has three minutes. MENDEZ assures her BOOBIE will be there shortly. I believe that in this call MENDEZ is telling HUSS that MERCADO will be arriving soon to deliver her heroin. It appears that MENDEZ does have a limited amount of heroin to sell to HUSS.

32. From approximately May 3, 2007, until May 7, 2007, intercepted conversations related to the investigation indicated the ANTONETTY organization was experiencing a problem with the quality and/or supply of heroin which they were obtaining. As a result of this quality and/or supply problem, members of the organization were not selling heroin at the spot, located at 809 Niagara Street, from approximately May 3, 2007, until approximately May 20, 2007. On May 19, 2007, intercepted conversations related to this investigation began to indicate the organization had obtained a new supply of heroin and would again be selling heroin at the spot.

33.  On May 19, 2007, at approximately 7:33 p.m., ANTHONY MENDEZ and AME HUSS engage in conversation using TT-1 (DD Session 2129).  MENDEZ calls HUSS and tells her that tomorrow she can come through because everything's good.  HUSS says that's great news. MENDEZ tells her it's at the same place.  MENDEZ adds that he has been trying to call LARRY but his phone is not available.  HUSS says she'll let LARRY know.  I believe the organization has been re-supplied with heroin and MENDEZ is contacting customers to let them know that the same drug spot at 809 Niagara Street will be open and MENDEZ will be there selling illegal narcotics in the morning.

34.  On May 20, 2007, intercepted conversation indicated members of the organization were conducting illegal drugs sales and operating the spot at 809 Niagara Street.   FBI-SSTF personnel conducted a video surveillance of the 809 Niagara Street location on that day.  While the volume of vehicle and foot traffic was not as high as it was prior to the organization experiencing the heroin quality and/or supply problem, the vehicle and foot traffic at the location indicated the organization was conducting heroin sales at the location.

35.  On June 12, 2007, at approximately 2:56 p.m., CARMELO MERCADO, a/k/a "Uncle Boo" and SARAH SANFORD engage in conversation

using TT-4 (DD Session 4).[7]   SANFORD tells MERCADO that she has

what she owes him and she needs a "whole thing."   SANFORD asks

MERCADO how long it will be before she can see him and offers to go

to the "spot."   MERCADO tells her he will meet her in twenty

minutes.   SANFORD tells MERCADO that she is not home yet and will

call him when she gets home.   In this call, I belive SANFORD is

attempting to obtain illegal drugs, specifically a bundle of heroin

(ten baggies of heroin, which is an amount larger than a simple

user would purchase), from MERCADO and that she owes MERCADO money

from a previous illegal drug purchase.

---

[7]Telephone numbers 716-886-5176 and 716-578-7486 have both
been used by an individual named SARAH to communicate and
coordinate illegal drug activities with other subjects of this
investigation.  The subscriber for 716-886-5176 is a SARAH SANFORD,
44 Massachusetts Avenue, Floor 1, Buffalo, NY 14213.     44
Massachusetts Avenue was a location utilized by the ANTONETTY
organization to sell heroin in the past.   In addition, subpoenaed
utilities in April/May of 2007 for 44 Massachusetts Avenue, Floor
1, indicate that the gas and the electric utilities were subscribed
to by SARAH SANFORD with a contact number of 716-886-5176.    The
subscriber for 716-578-7486 is a WILLIAM SANFORD, 156 Livingston
Street, Buffalo.    Investigators believe, based on intercepted
conversations that when SARAH would be using 716-886-5176 to
coordinate illegal drug activities, she was meeting with other
subjects of this investigation in the area of Massachusetts Avenue
possibly even at her residence.  When she was using the 716-578-
7486 to coordinate her illegal drug activities, she instructed
subjects of this investigation to meet her in the area of
Livingston Street.   Your Affiant believes the SARAH who was using
telephone numbers 716-886-5176 and 716-578-7486 and whose
conversations and activities are detailed in this Affidavit is
SARAH SANFORD.

36. On June 19, 2007, at approximately 6:10 a.m.[8], JUAN ANTONETTY and JORGE OLIVERA engage in conversation using TT-2 (PTT Sessions 1813 and 1814). OLIVERA asks who is at the old apartment (referring to the "spot" at 809 Niagara Street). ANTONETTY says, "We need the keys, that's what the fuck we need, your bitch ass brother said yesterday that BOOBIE (CARMELO MERCADO) told him to come back to him with the keys, so he comes over here and never gave JONATHAN (believed to be JONATHAN ROSARIO) or BOOBIE the fucking key yesterday, I don't know what the fuck he is doing, I don't know." OLIVERA asks, "Who the fuck is on Niagara Street (which I believe is a reference to 809 Niagara Street) that's what I want to know, nobody basically?" ANTONETTY gets upset and says "No, we're here, we're talking about the key over there, because we had FLACO (a reference to JOSE CRUZ a/k/a LUISITO or FLACO) come down here in the morning so he could go over there, you know what I'm saying, so he can sit over there." OLIVERA asks, "FLACO who?" ANTONETTY says "The kid with, the long ass fucking hair," and RICHIE, (RICHARD VEGA) we don't want him around here because he's always "fucking complaining and bullshitting." OLIVERA asks "How are you going to try to send somebody else to sit at somebody else's house? I don't understand that, I wouldn't let him sit over there, that's crazy." ANTONETTY says that JONATHAN told him to be here in the morning. ANTONETTY asks "What do you want us to do

_____

[8]As previously indicated, the investigation has shown that the spot is open 7 days a week, 6:00 a.m. to 6:00 p.m.

31

then?  If you want me to be over there, and this guy be over here,
then I'll go over there.  How am I supposed to get in?  You make
everything impossible." OLIVERA says, "Listen, I'm not the one who
was fucking left with the keys." He continues that he is not
making this impossible. ANTONETTY says, "Your fucking brother said
BOOBIE told him to bring the keys over here last night, George."
OLIVERA says "I don't know nothing about no keys." He continues
that no one gives him keys, all he does is sit there.  In this
call, I believe ANTONETTY and OLIVERA are arguing about staffing
both drug "spots" with people and getting the keys to get into the
location.  OLIVERA appears to be the one responsible for staffing
the "spots" and coordinating who gets the keys to open the drug
"spots" in the mornings.  As a result, ANTONETTY is upset with
OLIVERA over the confusion of who is to be where, and who has the
keys.


37.  On June 14, 2007, at approximately 10:38 a.m., CARMELO
MERCADO and JONATHAN ROSARIO engage in conversation using TT-4 (PTT
Session 88).  MERCADO asks ROSARIO where his money is at.  ROSARIO
tells MERCADO that he is waiting for "GEORGIE (JORGE OLIVERA) to
come through." MERCADO tells ROSARIO that he cannot be "doing that
shit" and that he "fucked" MERCADO up again which makes it a
"second strike" against him. ROSARIO tells MERCADO, "Hey man I got
to eat" and MERCADO replies to him I don't care "the rule was" that

no one takes "shit home." MERCADO adds that "nobody else does it." The conversation continues (Sessions 89 and 90) with ROSARIO eventually telling MERCADO that he is outside the house in the drive. MERCADO says that he will be there in two to three minutes. Based on this and other intercepted conversations, I believe MERCADO is admonishing ROSARIO for taking illegal drug proceeds back to his residence in violation of a standing rule which the organization has that no one is to take anything home with them. Physical surveillance conducted regarding the movements of MERCADO during this date observed MERCADO meeting with JONATHAN ROSARIO in the area of 268 Jersey Street a short time after this conversation.

38. On June 15, 2007, at approximately 3:44 p.m., CARMELO MERCADO and ARAMIS FORUNIER engage in conversation using TT-4 (PTT Session 329). FOURNIER asks MERCADO what is up. MERCADO tells FOURNIER that he is going to take a rest for an hour. FOURNIER tells MERCADO that he makes the call. MERCADO tells him whatever you want me to do. FOURNIER tells MERCADO to come through because MIKE (which I believe is a reference to MICHAEL MARTINI) might need you during that hour so rather be safe than sorry. MERCADO tells FOURNIER that he will be there in a few minutes. I believe MERCADO and FOURNIER are discussing the fact that MERCADO might have to meet with MICHAEL MARTINI, who is an associate and/or customer of the organization who lives in the Lancaster, New York area and who

33

also distributes heroin, within the next hour which might require MERCADO to travel to meet MARTINI.[9] As such, FOURNIER thinks that MERCADO should re-supply the "spot" with illegal drugs so that they do not run out if MERCADO is unable to re-supply them in a timely manner because of his "rest" and having to see MIKE.

39. On June 17, 2007, at approximately 2:49 p.m., CARMELO MERCADO and MICHAEL MARTINI engage in conversation using TT-4 (DD Session 644). MERCADO asks MIKE if he is on his way and MIKE says that he will be there in twenty-five minutes. MIKE asks MERCADO if he wants to meet at the same "spot" as yesterday and MERCADO tells him yes, but to call him when he is there. Based on other intercepted conversations (Sessions 645, 646, and 650) it is believed that MARTINI and MERCADO eventually meet each other. In addition, based on other intercepted conversations related to this investigation, it is believed that MARTINI is a big customer of the organization, who is known to directly contact JORGE OLIVERA, after

---

[9]Investigators determined the identity of MIKE following intercepted conversations between OLIVERA and MERCADO in which they discussed the arrest of "MIKE" on 59 counts of fraud. This conversation between OLIVERA and MERCADO was significant because when MIKE needs heroin he usually calls OLIVERA first, and OLIVERA then has MERCADO call MIKE to set up a meeting place and time to get the heroin. A review of charging information supplied by the Erie County District Attorney's Office establishes that a MICHAEL MARTINI was arrested in July 17, 2007 on 59 counts of falsifying business records. The calls detailed in this affidavit are calls involving the same MIKE, which investigators believe is MICHAEL MARTINI.

34

which OLIVERA usually instructs MERCADO to meet with MARTINI for
the purpose of delivering illegal drugs to MARTINI.

40.  On June 18, 2007, between approximately 11:22 a.m. and
2:49 p.m., JUAN ANTONETTY and JORGE OLIVERA engage in several
conversations using TT-2 (PTT Sessions 1680, 1681, 1682, 1683,
1684, 1695, 1696, 1707, 1709, 1718, and 1721).  In this series of
conversations, it is believed JUAN ANTONETTY and others are selling
illegal narcotics at a "spot" known to be used by the organization,
which is located at 452 West Utica Avenue.  JUAN ANTONETTY
expresses concern over utility trucks and workers that are working
directly in front of the spot.  They discuss moving the operation
to another location due to the activity in front of the location.
JORGE OLIVERA discusses retrieving the keys to the location if they
leave.  OLIVERA notes that BOOBIE (CARMELO MERCADO) is in the area
if they need anything and asks who is there.  JUAN ANTONETTY
confirms that he, RICHIE (RICHARD VEGA) and JONATHAN (JONATHAN
ROSARIO) are there together.  They continue to discuss the utility
workers and speculate if they might actually be law enforcement.
JUAN ANTONETTY later confirms that JONATHAN has the keys for
OLIVERA to pick up and discusses if he should go to the "old crib."
Subsequently, intercepted calls and active surveillance confirmed
the organization moved their drug sale operation to the known drug
"spot" at 809 Niagara Street.  Surveillance also confirmed that

utility work was being done directly in front of 452 West Utica. This series of conversations demonstrates JORGE OLIVERA's role as a supervisor of the spot, and JONATHAN ROSARIO, JUAN ANTONETTY, and RICHARD VEGA's roles as workers at the spot.

41.   On June 21, 2007, at approximately 11:13 a.m., JUAN ANTONETTY and JORGE OLIVERA engage in conversation using TT-2 (PTT Session 1973).   JORGE OLIVERA tells JUAN ANTONETTY that BOO (CARMELO MERCADO) can meet him by Volkers, and they discuss where Volkers is located.   ANTONETTY says that JONATHAN (JONATHAN ROSARIO) left awhile ago for that "shit" about buying the car. OLIVERA asks who are you going to leave there?   ANTONETTY says he is going to have RICHIE (RICHARD VEGA) hold them, he just got there.   OLIVERA is upset that JONATHAN left without calling him first and says that he "doesn't give a fuck who JONATHAN is, he can't do that shit." OLIVERA tells ANTONETTY to call JONATHAN back and tell him that he didn't call OLIVERA before he left, so tell him to "stay his ass home." ANTONETTY says he will let JONATHAN know, adding that he left to go do whatever he was talking about with the Intrepid and left with a dude. ANTONETTY tells OLIVERA that RICHIE is there. He adds that he is not going to hold them in there. OLIVERA says he is not getting in trouble because ANTONETTY is in there by himself, and adds, "You know how JUNIOR (PEDRO ANTONETTY) is." OLIVERA says that he left you there and didn't

36

bother to call me and say he was going to run out for a minute and leave RICHIE there. OLIVERA tells ANTONETTY to call him and tell him to stay home. ANTONETTY says all right. I believe OLIVERA is upset because ROSARIO left the "spot" without notifying him and is concerned that only one person is at the "spot." I further believe, based on this and other intercepted conversations, that the organization has established a rule that at least two senior members of the organization must be present at the spot (VEGA is not one of the senior members). OLIVERA also requires that he be notified if one of the workers leaves. JORGE OLIVERA fears reprisal from PEDRO ANTONETTY if he discovers that someone was left alone at the spot. This call demonstrates PEDRO ANTONETTY's position at the head of the organization, JORGE OLIVERA's position as supervisor of the spot, JUAN ANTONETTY and JONATHAN ROSARIO's position as senior members of the organization, and RICHARD VEGA's position as a worker.

42. On June 21, 2007, at approximately 2:23 p.m., CARMELO MERCADO and MICHAEL MARTINI engage in conversation using TT-4 (DD Session 1352). MARTINI tells MERCADO that he is getting calls and wants to know where he can meet with MERCADO. MERCADO tells MARTINI to meet him in the same place where they met yesterday, in the driveway. MARTINI tells MERCADO he will be there in like seven minutes. This is one call in a series of calls (PTT Sessions 1348,

1355, and 1356) where MARTINI and MERCADO are arranging to meet and based on the other intercepted calls, it is believed they eventually do meet at an unidentified location.    It is further believed that MARTINI is telling MERCADO that he (MARTINI) is receiving calls from his (MARTINI's) customers and needs to obtain more illegal drugs, specifically heroin, from MERCADO so that he can meet his own customer's demands.

43.    On June 21, 2007, at approximately 3:36 p.m., CARMELO MERCADO and JORGE OLIVERA engage in conversation using TT-4 (PTT Session 1392).    JORGE OLIVERA asks CARMELO MERCADO where SMURF (ARAMIS FOURNIER) is today because he was suppose to be here today. MERCADO tells OLIVERA that he thought FOURNIER was paying someone to come today.    OLIVERA tells MERCADO that he never got here and that is another $45.00 and a total of $90.00 bucks.    It is believed that due to staffing issues related to the drug spots, OLIVERA is asking MERCADO where FOURNIER is because he was suppose to be working.    MERCADO tells OLIVERA that FOURNIER paid someone to fill in for him.    However, it appears that because the individual did not show up to work for FOURNIER, OLIVERA is going assess FOURNIER with a monetary penalty for not showing up to work.

44.    On June 23, 2007, at approximately 6:34 a.m., JUAN ANTONETTY and JORGE OLIVERA engage in conversation using TT-2 (PTT

Session 2036).   JUAN ANTONETTY complains to JORGE OLIVERA that BOOBIE (CARMELO MERCADO) didn't call him to tell him about work today.   ANTONETTY says he stopped by to check on the boys and SMURF (ARAMIS FOURNIER) was there by himself.   JORGE OLIVERA tried to call BOO but he is not picking up the phone and the two continue to discuss what MERCADO was supposed to tell JUAN ANTONETTY.   OLIVERA asks who is over there.   ANTONETTY says, "SMURF" (ARAMIS FOURNIER), "RICHIE" (RICHARD VEGA), and "FLACO" (JOSE CRUZ, a/k/a LUISITO or FLACO.   OLIVERA says MERCADO was supposed to tell FOURNIER, to tell RICHIE, he wasn't supposed to be there because he heard that FLACO (JOSE CRUZ) was a better worker.   JUAN ANTONETTY then confirms with OLIVERA that RICHIE should go home.   I believe ANTONETTY went to the drug spot and found FOURNIER working by himself (no other senior organization members with him).   The call identifies some of the members of the organization who work at the "spot" selling heroin and confirms OLIVERA's managerial role.


45.   On June 23, 2007, at approximately 10:54 a.m., CARMELO MERCADO and MICHAEL MARTINI engage in conversation using TT-4 (DD Session 1560).   During the conversation MIKE (MICHAEL MARTINI) tells MERCADO he will be able to meet with MERCADO in less then an hour.   MERCADO asks MIKE to hurry up because he was going to do something so MIKE needs to be quick.   MIKE tells MERCADO that he will hurry up and be there in 45 minutes and asks where they should

meet.  MERCADO tells MIKE to call him when he is ready and MERCADO will meet him halfway.  Eventually they agree to meet at he Burger King on Harlem Road and Walden Avenue by the Tops Supermarket.  It is believed, based on other intercepted conversations related to this investigation, that MERCADO and MIKE are arranging to meet for the purpose of conducting a heroin transaction.  Prior to MERCADO calling MIKE, MERCADO spoke with JORGE OLIVERA, using TT-4 (PTT Session 1769), at which time OLIVERA instructed MERCADO to contact MIKE.  I believe, based on other intercepted conversations (DD Session 1567), MERCADO and MIKE did meet at the Burger King as planned.

46.  On June 24, 2007, at approximately 9:13 p.m., JUAN ANTONETTY and JONATHAN ROSARIO engage in conversation using TT-2 (PTT Session 2151).  ROSARIO complains that he has not heard from anyone and they are not answering their telephones so he is just going to show up there.  He says he hasn't done anything wrong and doesn't owe them any money, so he is just going to show up because ANTONETTY's brother (PEDRO ANTONETTY) is the one who assigned him to work Monday through Thursday.  ANTONETTY explains that it is what OLIVERA says, and to forget about what JUNIOR (PEDRO ANTONETTY) said.  ROSARIO then complains about having to call to get the keys.  ANTONETTY tells him BOO (CARMELO MERCADO) is the one that has the keys.  During this conversation, they are discussing

40

ROSARIO's work schedule at the spot. Based on previous intercepted calls, I believe OLIVERA has been upset with ROSARIO and was not intending to schedule him to work on Monday and Tuesday. JUAN ANTONETTY's comments demonstrate that despite what PEDRO ANTONETTY had told ROSARIO regarding work days, OLIVERA is the one who handles the daily staffing matters, even though OLIVERA works for PEDRO ANTONETTY.

47. On June 25, 2007, at approximately 9:03 a.m., CARMELO MERCADO and JORGE OLIVERA engage in conversation using TT-4 (PTT Session 2198). JORGE OLIVERA tells CARMELO MERCADO that he would not be paying two people to be opening the door, but if they want to go ahead. OLIVERA tells MERCADO he would at least have them cleaning and doing other stuff (chores). MERCADO tells OLIVERA they are doing that. MERCADO tells OLIVERA that RICHIE (RICHARD VEGA) is cleaning the place and the other one is going outside every half hour to take a spin around. OLIVERA mentions that he is pulling up to the church, but is going to turn around. It is believed OLIVERA is telling MERCADO that he would not pay two people to be responsible for opening the door at the spot. MERCADO is telling OLIVERA they are doing other things like cleaning the spot and conducting counter surveillance in the area near the spot every half an hour.

41

48.  On June 27, 2007, at approximately 9:30 a.m., CARMELO MERCADO and RICHARD GARVEY engage in conversation  using TT-4 (DD Session 2047).[10]  RICK tells MERCADO that he is at the "spot," and then says he is at the "apartment" and tells MERCADO he is going to need some "help" until about 11:00 am or 12:00 p.m.  MERCADO tells him that he is going to have to go to the "apartment" and RICK tells him he is already there.  MERCADO tells him he is calling the wrong guy and needs to talk to the other guy.  RICK tells MERCADO they told me to call you.  Eventually, MERCADO tells RICK to just tell them that "BOOBIE" (MERCADO) sent you and RICK says okay.  I believe RICK is at the spot and is attempting to have heroin "fronted to him" (given to him on consignment), and the individuals at the spot will not do it until he speaks with MERCADO.  MERCADO tells RICK to just tell them that "BOOBIE" sent him, meaning that MERCADO is approving the transaction and the individuals at the spot should provide the heroin to RICK.

---

[10]Telephone number 716-990-9771 was being used by an individual named RICK to communicate and/or coordinate illegal drug activities with other subjects of this investigation which are detailed in this Affidavit.   The subscriber to the telephone number is a MARLENE GARVEY with an address of 252 Niagara Street, Lockport, NY 14094.  Information from the Niagara County Sheriff's Department (NCSD) indicates MARLENE GARVEY is believed to be the mother of RICHARD GARVEY a/k/a RICK and is believed to reside at 252 Niagara Street, Lockport.   NCSD narcotics personnel know RICHARD GARVEY a/k/a RICK to have been involved in heroin sales in the past.   In addition, GARVEY's criminal history indicates he has given 252 Niagara Street as his address while being processed during previous arrests.   Your Affiant believes the RICK who was using telephone number 716-990-9771 and whose conversations and activities are detailed in this Affidavit is RICHARD GARVEY a/k/a RICK.

49.  On June 27, 2007, at approximately 10:18 a.m., JUAN ANTONETTY and "DENNIS" engage in conversation using TT-2 (DD Session 849).  ANTONETTY asks, "What's up."  DENNIS says he's ready.  ANTONETTY says he is at the house on Niagara.  DENNIS confirms it is the same house he has stopped at before and says he will stop down in a little while.  ANTONETTY asks when is he coming so he can be ready otherwise he (DENNIS) is going to complain about waiting.  DENNIS says he is going to the bank and should be there within 30 minutes.  ANTONETTY asks, "So, one or two?"  DENNIS says, "The same."  ANTONETTY reminds him how he usually asks him to get another.  DENNIS hesitates and ANTONETTY asks again, "One or two?"  DENNIS says, "Two."  ANTONETTY says, "All right, I'll be waiting."  I believe ANTONETTY is selling heroin at the drug "spot" at 809 Niagara Street.  DENNIS is a repeat customer who is familiar with the location and is arranging for the purchase of narcotics.  ANTONETTY asks what quantity of narcotics DENNIS is looking to buy because in the past, DENNIS had decided to buy an additional amount of narcotics and had to wait while arrangements were made for additional drugs to be delivered.  ANTONETTY wants to insure that he has enough narcotics on hand to fulfill the order, so the customer does not have to wait at the house.

50.  On June 27, 2007, at approximately 10:20 a.m., JUAN ANTONETTY and CARMELO MERCADO engage in conversation using TT-2

(PTT Session 2344).   JUAN ANTONETTY asks CARMELO MERCADO where he
is at.  MERCADO says he will be there in a second.  ANTONETTY says,
"I got someone coming (which I believe is a reference to DENNIS
(see paragraph 49)), you can't see me short, you know what I mean,
you got to see me how you usually used to see me before."  MERCADO
asks what he said.  ANTONETTY proceeds to explain, "You know how
you come see me just with one, you need to bring two of those
things, because I got somebody coming to see me."  MERCADO says he
will be there in three or four minutes.  I believe JUAN ANTONETTY
is requesting MERCADO to deliver a larger quantity of heroin to the
spot than he normally does, in anticipation of DENNIS's purchase.
As previously mentioned in this affidavit, this organization does
not keep large quantities of narcotics at the drug spot in case the
location is raided by law enforcement.

        51.   On June 27, 2007, at approximately 10:26 a.m., JORGE
OLIVERA and JUAN ANTONETTY engage in conversation using TT-2 and
TT-5 (PTT session 4 - narrative on PTT (2201) 2346).   JORGE OLIVERA
asks  JUAN  ANTONETTY  who  is  over  there  (at  the  drug  spot).
ANTONETTY tells OLIVERA that, he, FLACO (JOSE CRUZ) and JOHN B
(JONATHAN ROSARIO) are at the house.   Here, I believe ANTONETTY,
ROSARIO and JOSE CRUZ are working at the drug spot located at 809
Niagara Street.

                                44

52.    On June 29, 2007 at approximately 10:33 a.m., JORGE OLIVERA and CARMELO MERCADO engage in conversation using TT-4 and TT-5 (PTT session 221). JORGE OLIVERA asks CARMELO MERCADO, "Who is over there with y'all?" MERCADO states, "Me, SMURF (ARAMIS FOURNIER), RICHIE (RICHARD VEGA), and Juanchie (an as yet unidentified co-conspirator) over here giving them a cut." It is believed that OLIVERA is checking to see who is working at the drug spot.

53.    On June 29, 2007, at approximately 4:57 p.m., JUAN ANTONETTY and JOSE CRUZ engage in conversation using TT-2 (DD Session 941). CRUZ identifies himself as "LUISITO" and asks ANTONETTY if he is down there. ANTONETTY asks why. LUISITO says if he was down there, he could give him a ride up there. ANTONETTY says he is not. LUISITO asks if there is work in the morning. ANTONETTY says sure. LUISITO says he will come down in the morning. The two discuss cleaning a van and the call ends. I believe LUISITO is working at the drug spot which he refers to as being "down there," because it is located on the lower west side area of Buffalo, compared to the upper west side area where ANTONETTY lives. LUISITO is inquiring about working at the "spot" the next day. ANTONETTY confirms LUISITO can work the next day.

45

54. On July 1, 2007, at approximately 9:02 p.m., CARMELO MERCADO and SARAH SANFORD engage in conversation using TT-4 (DD Session 2393). SANFORD tells MERCADO, "I have what I owe you." MERCADO replies, "That's cool." SANFORD tells MERCADO that she wanted a couple of dollars. MERCADO tells SANFORD that he is not around right now. SANFORD asks when will you have like an hour or something and MERCADO tells her eleven or twelve. SANFORD asks if MERCADO can come by later, later. MERCADO tells SANFORD if he doesn't "call me about eleven." SANFORD tells MERCADO "Okay I will." I believe, based on this and other intercepted conversations (DD Sessions 2352 and 2421) related to this investigation, SANFORD is telling MERCADO that she has the money she owes MERCADO for a prior illegal drug transaction and the comment SANFORD makes regarding wanting a "couple of dollars" is believed to mean that she would to also like to obtain additional illegal drugs from MERCADO.

55. On July 3, 2007, at approximately 11:23 a.m., JUAN ANTONETTY and JORGE OLIVERA engage in conversation using TT-2 (PTT Session 3068). JUAN ANTONETTY says he thought JORGE OLIVERA was supposed to come over there. OLIVERA says no, he's not going over there yet. ANTONETTY says, "Oh, you don't want to come over here, so, are we supposed to just sit here?" OLIVERA says, "You never told me you were hungry, SHORTY, come on now." ANTONETTY says he

46

doesn't have to tell him that.  He says he told OLIVERA that whenever he had a second he could come by there so he could talk about his car.  ANTONETTY then told OLIVERA to come over as soon as possible.  ANTONETTY says, "I don't like using that word hungry, I don't never say I'm hungry, never use hungry around here, I'm not SMURF (which I believe is a reference to ARAMIS FOURNIER)."  During this call, I believe JUAN ANTONETTY is at the spot and needs OLIVERA to re-supply the location because they are out of narcotics.  ANTONETTY previously asked OLIVERA to come by using vague language over the telephone to let OLIVERA know he needed him to re-supply the spot, but because of the vague language used by JUAN ANTONETTY, JORGE OLIVERA did not understand that they need a re-supply.  The conversation demonstrates that the term "I'm hungry" is code for the location is out of heroin and needs to be re-supplied.[11]

56.  On July 4, 2007, at approximately 7:25 p.m., CARMELO MERCADO and RICHARD GARVEY engage in conversation using TT-4 (DD

---

[11]For instance, on July 14, 2007, at approximately 11:07 a.m., FOURNIER calls MERCADO at TT-4 and tells MERCADO he's "starving." MERCADO then tells FOURNIER to go around the corner.  At 11:08 a.m., MERCADO uses TT-4 to contact his girlfriend to tell her that SMURF (FOURNIER) is on his way over and to give him seven dollars. MERCADO also tells his girlfriend that SMURF has to pay.  I believe that in these conversations coded language is being used to disguise the fact that they are discussing the distribution and sale of bundles of heroin.  In addition, this call demonstrates that the organization members use terms like "hungry" and "starving" to indicate they need more heroin.

Session 2641). GARVEY tells MERCADO that about a half an hour. MERCADO asks GARVEY, "What do you want?" GARVEY says he is on his way and wants the same thing and he'll see him there. GARVEY says he "wants two." MERCADO asks GARVEY to call when he's close. I believe, based on this and other intercepted conversations (Sessions 2642, 2643, and 2644) related to this investigation, that MERCADO and GARVEY eventually met at a car wash on Niagara Street for the purpose of conducting an illegal drug transaction.

57. On July 5, 2007, at approximately 7:51 p.m., CARMELO MERCADO and ANTHONY MENDEZ engage in conversation using TT-4 (DD Session 2673). MENDEZ asks MERCADO if he (MENDEZ) is working tomorrow. MERCADO tells MENDEZ he is supposed to be working and MENDEZ asks if MERCADO called SMURF (ARAMIS FOURNIER). MERCADO tells MENDEZ he called FOURNIER and asked FOURNIER to call MENDEZ. MENDEZ tells MERCADO that FOURNIER has not called him and MERCADO tells MENDEZ that he will make sure that FOURNIER call him. I believe, based on other intercepted conversations related to this investigation, MENDEZ is asking MERCADO if he will be working at the spot tomorrow selling illegal drugs and MERCADO tells MENDEZ he is supposed to be working. MENDEZ asks MERCADO about FOURNIER because MENDEZ, FOURNIER, and others usually work on Friday, Saturday, and Sunday at the spot. However, MENDEZ has not heard from FOURNIER about who will be working at the spot in the morning

and MERCADO is telling MENDEZ he will make sure FOURNIER contacts
MENDEZ about the matter.


58.   On July 6, 2007 at approximately 1:54 p.m., CARMELO
MERCADO and JORGE OLIVERA engage in conversation using TT-4 and TT-
5 (PTT session 901).  JORGE OLIVERA asks CARMELO MERCADO, "Where
you at BOO?"  MERCADO advises OLIVERA, "My man is hungry and he
wanted me to stop at McDonald's and get something to eat real
quick."  OLIVERA asks MERCADO, "Where you at right now?"  MERCADO
tells OLIVERA that he is still going to get the food.  OLIVERA
tells MERCADO "RICK (RICHARD GARVEY)just called me.  He said he
wanted to see if we could let him borrow six dollars."  OLIVERA
then say he said he didn't really want to go over there.  I told
him I'd call you then.  MERCADO replies, "Tell him to hurry up and
meet me over there before I leave."  OLIVERA tells MERCADO, "He was
saying like twenty minutes or something like that."  MERCADO
replies, "Tell him to step on it, I have shit to do today."
OLIVERA states, "Naw if anything, just come over here and give them
to me and I'll go and give em to him.  I mean not to have you wait
around here for whatever waiting for him."  MERCADO tells OLIVERA,
"I was going to smoke a blunt over there that's why.'  OLIVERA
tells MERCADO that he'll just call Rick and tell him to meet him
there.  I believe RICHARD GARVEY is ordering six bundles of heroin,

49

but does not want to go to the spot to get them.  OLIVERA indicates
he will meet GARVEY and deliver the heroin if needed.

59.  On July 6, 2007, at approximately 5:53 p.m., JORGE
OLIVERA and MICHAEL MARTINI engage in conversation using TT-4 (DD
Session 2693).  OLIVERA tells MARTINI he has some new movies for
him to check out.  MARTINI tells OLIVERA that he will call OLIVERA
as soon as he is done and OLIVERA agrees.  I believe, based on this
and other intercepted conversations related to this investigation,
OLIVERA is informing MARTINI that he (OLIVERA) has new illegal
drugs for MARTINI to try out.  However, MARTINI cannot talk to
OLIVERA at the time, but will call OLIVERA when he (MARTINI) is
done.

60.  On July 7, 2007, at approximately 7:09 a.m., JORGE
OLIVERA and CARMELO MERCADO engage in conversation using TT-4 and
TT-5 (PTT sessions 933).  JORGE OLIVERA asks about what RICHIE
(RICHARD VEGA) said.  MERCADO advises he will tell OLIVERA what
RICHIE says as soon as he is done doing it.  OLIVERA tells him
"Come on now, you should know what we looking for."  At 7:20 a.m.,
MERCADO tells OLIVERA, "We may have a little problem here."
OLIVERA tells MERCADO, "Lets just speak to a couple people first."
OLIVERA asks MERCADO, "So a seven?"  MERCADO states, "Shit not

really, it's kind of low." I believe in this conversation OLIVERA wants to know what VEGA thinks about the quality of the heroin.

61. On July 7, 2007, at approximately 8:37 a.m., PEDRO ANTONETTY and JORGE OLIVERA engage in conversation using TT-3 and TT-5 (TT-3 PTT Session 264). JORGE OLIVERA tells PEDRO ANTONETTY that they had a tiny little problem and he wants to talk to ANTONETTY in person real quick. ANTONETTY tells OLIVERA he is at his mother's house and going to Darien Lakes (a recreational park) and tells OLIVERA to hurry up. OLIVERA tells ANTONETTY he will meet him in ten minutes. I believe, based on additional intercepted conversations (TT-3 PTT Sessions 265, 266, and 267), that ANTONETTY and OLIVERA met at the Burger King located on Amherst and Grant Streets, in Buffalo, New York. In addition, based on additional intercepted calls related to this investigation I believe OLIVERA wants to talk to ANTONETTY about a quality problem with the heroin, which the organization is believed to have received on July 5, 2007.

62. On July 7, 2007, at approximately 7:12 p.m., PEDRO ANTONETTY and JORGE OLIVERA engage in conversation using TT-3 and TT-5 (TT-3 PTT Session 269). PEDRO ANTONETTY tells JORGE OLIVERA that he will be home in fifteen minutes. OLIVERA tells ANTONETTY that he will call "BOO" (CARMELO MERCADO). Based on this and other

51

intercepted calls related to this investigation, I believe PEDRO
ANTONETTY, JORGE OLIVERA, and CARMELO MERCADO are arranging to meet
for the purpose of obtaining and/or transporting illegal drugs to
replace the poor quality drugs which were obtained by the
organization on July 5, 2007.  Physical surveillance conducted by
FBI-SSTF personnel regarding this and other intercepted
conversation confirmed MERCADO did go to ANTONETTY's residence,
located at 88 Tacoma Avenue, Upper, Buffalo, New York, and meet
with PEDRO ANTONETTY.  The surveillance confirmed JORGE OLIVERA
eventually went to ANTONETTY's residence and met with PEDRO
ANTONETTY.  However, FBI-SSTF personnel were unable to follow
ANTONETTY, OLIVERA, and MERCADO when they departed ANTONETTY's
residence due to limited personnel available at the time of the
calls.


     63.  On July 7, 2007, at approximately 7:22 p.m., CARMELO
MERCADO and JORGE OLIVERA engage in conversation using TT-4 and TT-
5 (TT-4 PTT Session 3579).  OLIVERA tells MERCADO that JUNIOR
(PEDRO ANTONETTY) is waiting for MERCADO at his house.  OLIVERA
also tells MERCADO that when he (MERCADO) arrives, find out what
they are going to do and give him a call asap.  OLIVERA tells
MERCADO to call him at home.  I believe, based on this and other
intercepted conversations related to this investigation, JORGE
OLIVERA is advising MERCADO that PEDRO ANTONETTY is waiting for

                              52

MERCADO at his (ANTONETTY's residence).   OLIVERA is also telling
MERCADO to find out from ANTONETTY what they are going to do about
the quality problem regarding the illegal drugs they currently have
prepared for sale and/or distribution.

64.   On July 7, 2007, at approximately 9:38 p.m., JORGE
OLIVERA and SARAH SANFORD engage in conversation using TT-4 (DD
Session 2744).   OLIVERA tells SANFORD she is going to have to call
him (MERCADO) back in an hour.   SANFORD tells OLIVERA that she is
returning MERCADO's call and OLIVERA can be heard saying to another
person present at OLIVERA's location (believed to be MERCADO) "she
says you called her."   SANFORD asks about tomorrow and OLIVERA
tells her they are "good to go."   I believe, based on this and
other intercepted conversations related to this investigation,
OLIVERA is telling SANFORD the organization will have heroin for
sale and/or distribution tomorrow at the spot.   In addition, at the
time of this call, it is believed OLIVERA and MERCADO are possibly
at either 88 Tacoma Avenue, Buffalo, New York, or 97 Delaware Road,
Kenmore, New York, preparing additional heroin for sale, to replace
the poor quality drugs previously prepared and sold by members of
the organization.

65.   On July 7, 2007, at approximately 10:41 p.m., CARMELO
MERCADO and ARAMIS FOURNIER engage in conversation using TT-4 (PTT

53

Session 3638).  FOURNIER asks MERCADO where he wants him (FOURNIER)

to meet him (MERCADO).  MERCADO tells FOURNIER to call him when he

gets to the house (a reference to the spot) and MERCADO will walk

around the corner.  I believe, based on this and other intercepted

conversations (Session 3605) related to this investigation, MERCADO

is telling FOURNIER to meet him at the spot for the purpose of

providing FOURNIER with newly processed illegal drugs, so that

FOURNIER has the newly processed drugs when he opens the "spot" in

the morning and MERCADO will not have to get up early to supply the

spot.    Physical  surveillance  conducted  by  FBI-SSTF  personnel

regarding this and other intercepted conversation confirmed the

meeting between FOURNIER and MERCADO at the spot located at 809

Niagara Street.


      66.  On July 8, 2007 at approximately 8:04 a.m., JORGE OLIVERA

and ARAMIS FOURNIER engage in conversation using TT-5 (PTT Sessions

1036,  1037).   OLIVERA  asks,  "Everybody's  happy  today  huh?"

FOURNIER replies, "I guess RICHIE (RICHARD VEGA) said something

about  it."    OLIVERA  asks  what  "RICHIE"  (RICHARD  VEGA)  said,

FOURNIER says "Said he gives it a seven."   I believe in this

conversation OLIVERA is again trying to determine the quality of

the heroin.

67.    On July 8, 2007, at approximately 8:14 a.m., CARMELO
MERCADO and JORGE OLIVERA engage in conversation  using TT-4 and
TT-5 (TT-4 PTT Session 3694).  JORGE OLIVERA asks CARMELO MERCADO
where he is at and MERCADO says he will be there that he is getting
dressed.  OLIVERA asks MERCADO if he heard what RICHIE (RICHARD
VEGA) was trying to say.  MERCADO asks what and OLIVERA tells
MERCADO that VEGA is saying the stuff is not the same.  OLIVERA
tells MERCADO they have to find out before they move any further.
I believe, based on this and other intercepted conversations
related to this investigation, OLIVERA is telling MERCADO that VEGA
is saying the newly processed heroin, which the organization is
selling is not the same as the heroin from the day before.  OLIVERA
is telling MERCADO that they need to determine if the illegal drugs
are of an acceptable quality before they can obtain and/or process
additional amounts of the illegal drugs so that they can possibly
return the illegal drugs to the supplier for an exchange and/or
prior to paying for them if they were provided on consignment.


68.    On July 8, 2007, at approximately 10:36 a.m., JORGE
OLIVERA and CARMELO MERCADO engage in conversation using TT-4 and
TT-5 (PTT Session 1060).  JORGE OLIVERA asks CARMELO MERCADO, "Did
anyone else say anything?"  MERCADO advises, "Yeah Frank said it
was alright, I just talked to Brooklyn he said it's good."   I

believe OLIVERA is again trying to determine the quality of the heroin.

69.  On July 8, 2007, at approximately 1:42 p.m., JORGE OLIVERA and ANTHONY MENDEZ engage in conversation using TT-5 (PTT Session 1108).  JORGE OLIVERA asks MENDEZ if it is true RICHIE (RICHARD VEGA) changed his mind and says it is a lot better now. MENDEZ advises that RICHIE likes it; OLIVERA then asks for a number from one to ten, what?  MENDEZ advises "8 ½."  I believe OLIVERA is again trying to determine the quality of the heroin following VEGA's use of the heroin.

70.  On July 8, 2007, at approximately 6:05 p.m., PEDRO ANTONETTY and JORGE OLIVERA engage in conversation  using TT-3 and TT-5 (TT-3 PTT Session 296).  JORGE OLIVERA asks PEDRO ANTONETTY if he can come through (believed to be a reference to stopping at ANTONETTY's residence) but ANTONETTY does not answer OLIVERA. Almost  immediately  after  this  (PTT  Session  297,  also  at approximately 8:05 p.m.)  PEDRO ANTNONETTY responds, "Yeah" and OLIVERA says, "Alright."  It is believed based on other intercepted conversations related to this investigation, OLIVERA is asking ANTONETTY if he can come to ANTONETTY's residence for the purpose of reporting to ANTONETTY about the days heroin sales and possibly obtaining additional illegal drugs from PEDRO ANTONETTY based on

56

user surveys conducted by MERCADO, FOURNIER, MENDEZ and possibly other members of the organization during the day which determined the quality of the newly obtained and processed illegal drugs was of an acceptable quality.

71.  On July 13, 2007, at approximately 9:06 a.m., JORGE OLIVERA and CARMELO MERCADO engage in conversation using TT-4 and TT-5 (PTT sessions 1655, 1656, 1659-1663, 1671, 1680, 1682).  JORGE OLIVERA tells CARMELO MERCADO, "Tell those mother fuckers to make sure they come outside every ten minutes.  Tell them we gonna be watching them tell them if we don't see them come outside like they supposed to be to go home."  These conversations are related to the conversations in paragraphs 72-75.

72.  On July 12, 2007 beginning at 9:11 a.m., JORGE OLIVERA and JUAN ANTONETTY engage in conversation using TT-5 (PTT Session 1558, 1564).  JORGE OLIVERA tells JUAN ANTONETTY "I'm fucking having a bad morning, I wake up and the fucking dude in the Intrepid is sitting in front of my house son.  Yeah, nigger sitting right here in front of my house, nigger right here in front of my house right now as I'm talking to you, he's right here in front of my house, this fucking cocksucker."  JUAN ANTONETTY replies, "You know what to do man, you said it last time, been a minute since you said it keep moving, get it out of there already man."  OLIVERA

states, "I don't believe the niggers just got some nerves though, he's a fucking faggot I'd throw my phone at his car." ANTONETTY replies, "Listen if I was you, we gonna have to like ask Mike or something about that dude and tell them that he be harassing or something, can we do something about something you know what I mean?" OLIVERA states that he is going to call Juneski (PEDRO ANTONETTY). At the time of this call, FBI was conducting surveillance outside of 97 Delaware Road in a brown Dodge Intrepid.

73. On July 12, 2007, at approximately 9:19 a.m., PEDRO ANTONETTY and JORGE OLIVERA engage in conversation using TT-5 (PTT session 1564-1566). JORGE OLIVERA speaks with an unknown person, who tells OLIVERA that PEDRO ANTONETTY is sleeping. JORGE OLIVERA tells the unknown person, "I need to speak with him it's an emergency." The unknown person replies PEDRO ANTONETTY is coming to the phone. A few moments later, PEDRO ANTONETTY gets on the telephone. OLIVERA says, "Man I hate to bother you, but we got a little problem here, I woke up and man dude intrepid sitting in front of my house. Now the nigger he is following me all over the fucking place. I'm right here in the gas station and the nigger is up the street watching me on his walkie talkie."

74. On July 12, 2007, at approximately 9:26 a.m., JORGE OLIVERA and JUAN ANTONETTY engage in conversation using TT-5 (PTT

session 1573). JORGE OLIVERA tells JUAN ANTONETTY, "One of you mother fuckers better go outside and just sit there." OLIVERA adds, "You or SMURF either go." It is believed that as a result of OLIVERA's encounter with surveillance, OLIVERA is advising JUAN ANTONETTY to be alert for police surveillance at the spot.

75. On July 12, 2007, at approximately 11:44 a.m., JORGE OLIVERA a/k/a "GEORGIE" using the direct connect calling feature of TT-5 (PTT sessions 1590, 1592, 1593) contacted JUAN ANTONETTY and engaged him in conversation. OLIVERA states, "You check it out this is what we are going to do, alright tell SMURF (FOURNIER) and MENOR (MENDEZ) and you, as soon as today, right we I want to change all our phone numbers today don't give them to John B (which I believe is a reference to JONATHAN ROSARIO). Nobody give the phone number to John B, everybody change their numbers and nobody give them to John B." JUAN ANTONETTY advises OLIVERA that only he and SMURF have his number, John B doesn't have it. OLIVERA references two females who claim to have John B's name on some paperwork. OLIVERA states, "Ever since this nigger's been around, shit ain't been right." It is believed that JORGE OLIVERA suspects JONATHAN ROSARIO might be cooperating with law enforcement authorities and is going to check into some rumors about ROSARIO's name appearing in some legal paperwork, which might indicate ROSARIO is cooperating with law enforcement.

76.   On July 13, 2007 at approximately 9:03 a.m., JORGE OLIVERA and ANTHONY MENDEZ engage in conversation using TT-5 (PTT 1646).   JORGE OLIVERA asks MENDEZ who is over there.   MENDEZ advises that it's me, SMURF (ARAMIS FOURNIER) and RICHIE (RICHARD VEGA).   OLIVERA then asks why is RICHIE there.   MENDEZ says because LUISITO did not come.   I believe OLIVERA is trying to determine the organization members who are working at the "spot" that day.

77.   On July 13, 2007, at approximately 9:07 a.m., JORGE OLIVERA and ANTHONY MENDEZ engage in conversation using TT-5 (PTT Session 1656).   JORGE OLIVERA tells ANTHONY MENDEZ that each of the people in the house needs to go out every ten minutes "just to peep it out".   MENDEZ states that he was going to wait until 11 or twelve.   JORGE OLIVERA yells at MENDEZ and tells him, "Hell no dude in the Intrepid don't work like that, dude works from 6 o'clock in the morning to 6 o'clock in the morning."   Between 10:35 a.m. and continuing until 10:51 a.m., OLIVERA called MENDEZ and MERCADO multiple times using target telephone 5 and tells them to check outside every ten minutes.   OLIVERA threatens to send everybody home if they follow his orders.

78.   On July 15, 2007, at approximately 6:31 p.m., JORGE OLIVERA and ARAMIS FOURNIER engage in conversation using TT-5 (PTT sessions 1884, 1885, 1887, 1888).   OLIVERA tells FOURNIER, "Yo

nobody leaves, nobody leaves" and "nobody leaves from over there, what you doing with the fucking two way." FOURNIER replies, "Alright nobody leaving." At approximately 6:34 p.m., OLIVERA contacts CARMELO MERCADO a/k/a "BOO" at TT-4 and asks him what he was doing over there, and states, "That's what Anthony (ANTHONY MENDEZ) is over there for." OLIVERA tells MERCADO, "Have Anthony drive up and down the street on his bike." It is believed that OLIVERA saw MERCADO conducting surveillance outside the spot and told him that MENDEZ should be outside.

79. On July 14, 2007, at approximately 10:37 a.m., CARMELO MERCADO and RICHARD GARVEY a/k/a RICK engage in conversation using TT-4 (DD Session 2954). RICK LNU says hey what's up "ANT" (a reference to ANTHONY MENDEZ, a/k/a ANT) it is "RICK." MERCADO says, I know who it is. RICK says listen I gotta talk to GEORGE (a reference to JORGE OLIVERA, a/k/a GEORGIE or GEORGE), I got this really nice security camera like I sold to "SMURF" (a reference to ARAMIS FOURNIER, a/k/a SMURF). MERCADO says I don't want none of them. RICK tells MERCADO that JORGE OLIVERA is going meet him there because he (OLIVERA) wants a couple of them. MERCADO says alright just call him when you get down there. It is believed RICK LNU is trying to trade security cameras for illegal drugs and MERCADO does not want to trade the drugs for the cameras. However, OLIVERA apparently has informed RICK he (OLIVERA) wants a couple of

them and MERCADO tells him okay call OLIVERA when RICK gets there. This investigation has determined members of the ANTONETTY organization utilize security/surveillance camera systems at the locations they use to sell their illegal drugs and possibly other locations of importance to the organization.

80.  On July 14, 2007, at approximately 10:45 a.m., JORGE OLIVERA and CARMELO MERCADO engage in conversation using TT-4 and TT-5 (PTT session 1795).  JORGE OLIVERA advises CARMELO MERCADO that RICK (RICHARD GARVEY) has two cameras to sell and OLIVERA wants to buy them.  OLIVERA asks MERCADO to call ARAMIS FOURNIER a/k/a SMURF and ask about them.

81.  On July 14, 2007, at approximately 10:57 a.m., JORGE OLIVERA and ANTHONY MENDEZ engage in conversation using TT-5 (PTT Session 1800 and 1801) who advises that RICK (RICHARD GARVEY, a/k/a RICK) wants two DVDs.  JORGE OLIVERA tells MENDEZ to tell RICK that he is crazy.  MENDEZ then advises, "He said give him like seven cigarettes and he's good."  RICK then gets on the line and speaks with JORGE OLIVERA and tells him that he will make it up to him. JORGE OLIVERA then says "Give him the seven then."  It is believed that OLIVERA authorized RICK to trade seven bags of heroin for the cameras.

82.  On July 15, 2007, at approximately 3:29 p.m., PEDRO
ANTONETTY and ISRAEL CONCEPCION engage in conversation using TT-3
(DD Session 208).  PEDRO ANTONETTY asks CONCEPCION what he is doing
and CONCEPCION that he is just hanging and they just told him they
killed a guy that CONCEPCION knew from the west side of Buffalo,
New York.   ANTONETTY asks about CONCEPCION's associate and
CONCEPCION tells ANTONETTY he (CONCEPCION) has to call him.
ANTONETTY asks if CONCEPCION has called him or has to call him.
CONCEPCION asks ANTONETTY if he (ANTONETTY) wants CONCEPCION to
call him (CONCEPCION's associate).  ANTONETTY asks if CONCEPCION
has the money on him and CONCEPCION tells ANTONETTY he has a couple
of bucks but he gave them to his mother so he does not waste them.
ANTONETTY says alright and CONCEPCION says he will call ANTONETTY
back in a few minutes.   Based on this and other intercepted
conversations related to this investigation (TT-3, DD, Sessions 209
and 210), it is believed that ANTONETTY is asking CONCEPCION if he
has contacted the organizations supplier, whom CONCEPCION is in
contact with, and CONCEPCION is asking if ANTONETTY wants him to
contact the individual.  Although ANTONETTY does not explicitly
instruct CONCEPCION to contact the organizations supplier, based on
CONCEPCION's advising ANTONETTY he (CONCEPCION) will call him
(ANTONETTY) in a few minutes, I believe CONCEPCION understands that
ANTONETTY wants CONCEPCION to contact the individual.

83.   On July 15, 2007, at approximately 7:05 p.m., JORGE OLIVERA and CARMELO MERCADO engage in conversation using TT-4 and TT-5 (PTT session 1893).  CARMELO MERCADO asks JORGE OLIVERA, "Is JOHN B (JONATHAN ROSARIO) working tomorrow?"  OLIVERA replies, "Why, tomorrow is Monday."  MERCADO states "Short dog (JUAN ANTONETTY) was asking me, so I don't know."  OLIVERA states, "We'll figure something out early in the morning."  MERCADO tells OLIVERA, "I'm gonna go drop the keys off then."  I believe MERCADO and OLIVERA are discussing who is working at the spot tomorrow, so MERCADO knows who needs the keys to the spot.


84.   On July 17, 2007, at approximately 7:16 p.m., CARMELO MERCADO and SARAH SANFORD engage in conversation using TT-4 (DD Session 3066).  SANFORD asks MERCADO how much she owes MERCADO and MERCADO tells her she does not owe him anything.  SANFORD asks MERCADO can he come by tonight and MERCADO asks what she wants.  SANFORD says she is not sure yet and MERCADO tells her to call him on his other phone when she is ready.  SANFORD says she is leaving tomorrow for the program, but would rather wait until next week.  MERCADO tells her to go and get it over with.  MERCADO tells her to call and let him know so he can see her before she leaves.  SANFORD says she will call in one or two hours.  I believe, based on this and other intercepted conversations related to this investigation, that SANFORD is asking MERCADO how much she owes MERCADO for

64

previous narcotics purchases and MERCADO tells her she does not owe
him anything.  MERCADO wants to know how much narcotics SANFORD
wants.  SANFORD is unsure but will contact MERCADO later and let
him know.

85.  On July 17, 2007, at approximately 8:32 p.m., JORGE
OLIVERA and CARMELO MERCADO engage in conversation using TT-4 and
TT-5 (PTT session 1968).  JORGE OLIVERA advises CARMELO MERCADO
that he is going to call JUNESKI and make sure it's alright to
move.  OLIVERA says, "I just don't want to move and him say no, you
know?"  I believe, based on other intercepted conversations,
OLIVERA is preparing to utilize the 452 West Utica Street location
as the new spot for the organization, but needs to check with PEDRO
ANTONETTY before they move to make sure PEDRO ANTONETTY approves of
the move.  The organization has an established pattern of moving
the "spot" approximately every 4 to 8 weeks.

86.  On July 17, 2007, at approximately 8:33 p.m., PEDRO
ANTONETTY and JORGE OLIVERA engage in conversation using TT-3 (PTT
Session 374).  JORGE OLIVERA stopped using TT-5 and began using
another telephone at approximately this time.  JORGE OLIVERA asks
if they are okay for tomorrow so he can move.  PEDRO ANTONETTY
tells OLIVERA yeah.  OLIVERA says he will see ANTONETTY later on.
ANTONETTY tells OLIVERA if he wants to swing by tomorrow morning

early and OLIVERA tells ANTONETTY he will call him tomorrow.   I

believe, based on this and other intercepted conversations related

to this investigation, that OLIVERA is asking ANTONETTY if it is

okay for OLIVERA to move the spot from 809 Niagara Street to a new

location, later determined to be 452 West Utica Street.   PEDRO

ANTONETTY as the head of the organization is telling JORGE OLIVERA

that he agrees with OLIVERA's decision to move the spot.


87.   On July 18, 2007, at approximately 4:49 p.m., CARMELO

MERCADO and RICHARD GARVEY, a/k/a RICK engage in conversation using

TT-4 (DD Session 3074).   RICK tells MERCADO that he knows there are

two over there, but he does not want to wait he needs three.

MERCADO asks, "What?"   RICK says I need three and I don't want to

wait over there.   MERCADO says, "Ah, you got to wait."   RICK asks

if they are there?   MERCADO says, "Hell, yeah."   RICK tells MERCADO

to try to get something cause he needs a ride, you know.   MERCADO

says alright.   Based on this and other intercepted conversations

related to this investigation, I believe RICK needs three bundles

of heroin, but he does not want to wait at the spot for the heroin

to be delivered.   MERCADO tells RICK that he is going to have to

wait.   Eventually, based on additional intercepted conversations

MERCADO agrees to meet RICK at a car wash located on Niagara

Street, Buffalo.

66

88.  On July 19, 2007, at approximately 1:24 p.m., CARMELO
MERCADO and JONATHAN ROSARIO engage in conversation using TT-4 (PTT
Session 5035).  ROSARIO tells MERCADO that he has one over there
with a "niner."  MERCADO says, "Get the fuck out of here."  ROSARIO
says I would not be beeping you so much, you know what I mean?
JORGE OLIVERA a/k/a "Georgie" using TT-4 says, "Yo, what happened?"
ROSARIO tells OLIVERA that one of these "joints is a niner."
OLIVERA says, "Hell no."  ROSARIO says I am just telling you like
it is man word up I mean.  During a continuation of the
conversation (TT-4 PTT Session 5036) ROSARIO says he was just
reporting it that he is not complaining, he is just reporting it.
OLIVERA says alright I will talk to "JUNESKI" (PEDRO ANTONETTY)
about it.  Based on this and other intercepted conversations
related to this investigation, I believe ROSARIO is reporting one
of the bundles of heroin is one short.  As previously detailed in
this affidavit a bundle of heroin is made of ten glassines or
baggies and in this conversation ROSARIO is reporting one of the
bundles is short one glassine or baggie which makes it a "niner."
Both MERCADO and OLIVERA don't believe ROSARIO at first, but then
OLIVERA says he will let PEDRO ANTONETTY know about it, presumably
because the individuals who bagged the heroin will have to answer
to PEDRO ANTONETTY.

89. On July 21, 2007, at approximately 5:25 p.m., PEDRO ANTONETTY and JORGE OLIVERA using TT-3 (PTT Session 432). JORGE OLIVERA tells PEDRO ANTONETTY he was talking with "Grandpa," and "LUISITO" (positively identified as JOSE CRUZ a/k/a LUISITO or FLACO) and we found out what happened. The police raided the front "crib" and a bunch of the people from the location ran out the back and the police thought they ran into the back where GRANDPA and CRUZ were. GRANDPA had the door open because they were cleaning and the police asked where did they go and GRANDPA said not over here and that is what happened. Based on this, other intercepted conversations, physical surveillance related to this investigation, and liaison contacts with the Buffalo Police Department (BPD), it has been determined the BPD executed a search warrant at 807 Niagara Street, Lower, Buffalo, New York, at approximately this time. As a result of this law enforcement action, both GRANDPA and LUISITO (JOSE CRUZ) were positively identified. It is believed GRANDPA and CRUZ were at the old spot located at 809 Niagara Street, Buffalo, to clean the location but also to direct customers to the new spot located at 452 West Utica Street.

90. On July 22, 2007, at approximately 4:55 p.m., PEDRO ANTONETTY and JORGE OLIVERA engage in conversation using TT-3 (PTT Session 442). JORGE OLIVERA asks if PEDRO ANTONETTY is at SMURF's (ARAMIS FOURNIER's) house and PEDRO ANTONETTY tells JORGE OLIVERA

no he left. OLIVERA tells ANTONETTY, FOURNIER is not going to be
going home because the "boys" (the police) just snatched that
"nigga up." ANTONETTY asks who is not going home? OLIVERA says
the police are taking him to jail I guess. PEDRO ANTONETTY asks
what happened and JORGE OLIVERA says he does not know FOURNIER
walked out the apartment and they ran up on that "nigga" like five
of them. During a continuation of the conversation (TT-3, PTT,
Session 448), ANTONETTY asks whether they caught him with
something? OLIVERA says we think so. ANTONETTY asks where are you
at? OLIVERA says he left through a second floor window but "BOO"
(CARMELO MERCADO) and those "niggas" are still in the crib.
ANTONETTY asks what "crib" and OLIVERA says, "Utica." Based on
these intercepted conversations, other intercepted conversations
related to this investigation, physical surveillance, and
conversations with BPD officers, I know FOURNIER was arrested
and/or detained by members of the Buffalo Police Department (BPD)
after he exited the "spot" located at 452 West Utica Street.
Investigators determined the BPD units in the district where 452
West Utica Street is located had been receiving numerous complaints
regarding high volume vehicle and foot traffic in the area and
complaints about possible drug trafficking activities at the
location. As a result of these complaints, BPD personnel were
making an effort to curtail the activity in the area. FOURNIER was
eventually released and only given a summons to appear because he

was not found to be in possession of illegal narcotics; however, he was found in possession of an opium blocker.

91.  On July 23, 2007, at approximately 8:59 a.m., CARMELO MERCADO and GARY Last Name Unknown (LNU) engage in conversation using TT-4 (DD Session 3212). GARY says he is coming down with the thing and asks if MERCADO is at the house. MERCADO asks if he (GARY LNU) wants 10 bucks for it, and asks if GARY has all the accessories and games to it. GARY says he does. MERCADO asks GARY, "And you want a bundle for it?" GARY says, "I'll take that." MERCADO asks him to meet him on the corner of Rhode Island and Niagara. GARY says he is getting on the thruway right now by his house. MERCADO tells him that he will see him standing at the bus stop with his dog. GARY agrees. GARY LNU has what is believed to be some type of video game system and is trying to trade the system for illegal drugs. MERCADO asks GARY if he wants a "bundle" (a reference to ten baggies of heroin) for the system and GARY tells MERCADO he will take that.

92.  On July 23, 2007, at approximately 6:05 p.m., PEDRO ANTONETTY and JORGE OLIVERA engage in conversation using TT-3 (PTT Session 478). JORGE OLIVERA tells PEDRO ANTONETTY the "boys" (a reference to the police) have "Shorty hemmed up at the crib" (JUAN ANTONETTY and the fact the Police have him stopped outside of 452

West Utica Street).  FBI-SSTF personnel confirmed members of the
Buffalo Police Department (BPD) detained JUAN ANTONETTY and JOSE
CRUZ after they exited the spot at 452 West Utica Street.

93.  On July 23, 2007, at approximately 6:58 p.m., CARMELO
MERCADO and JONATHAN ROSARIO engage in conversation using TT-4 (PTT
Session 5443).  MERCADO tells ROSARIO, "Everybody goes now, here
they come, everybody head out the back door now, "go, go, go here
they come."  This is one call in a series of calls related to the
police activities occurring at the spot located at 452 West Utica
Street.  During this call, MERCADO is telling ROSARIO to have
everyone inside the spot run out the back door because the police
were approaching the front door of the location.  BPD personnel
confirmed that a number of individuals ran out the rear of the
location as they were approaching the location.  Based on
intercepted conversations, ROSARIO was one of them.  FBI-SSTF
surveillance units were able to observe a vehicle known to be
utilized by PEDRO ANTONETTY briefly stop on Connecticut Avenue
after which the vehicle went directly to 504 Plymouth Avenue, which
is known to be the residence of JONATHAN ROSARIO's mother.  In
addition, FBI-SSTF personnel were conducting surveillance of the
location at the time of this call.  During this surveillance, video
surveillance confirmed MERCADO's use of his phone at the time of
the call.  In addition, video surveillance confirmed the presence

71

of JORGE OLIVERA, PEDRO ANTONETTY, and JORGE OLIVERA's sister
across the street from 452 West Utica.

94. On July 29, 2007, at approximately 11:46 a.m., CARMELO
MERCADO and RICHARD VEGA engage in conversation using TT-4 (PTT
Session 5965). VEGA tells MERCADO that AME (AME HUSS) wants to see
him. MERCADO tells VEGA to tell her to wait about a half hour
because he has to speak to her about something important and to
wait for him at the store. It is believed that HUSS, a customer
wanting heroin, is with RICHARD VEGA and wants to buy heroin from
MERCADO, but was unable to contact him. VEGA is arranging for
MERCADO to meet with HUSS for the purpose of conducting a heroin
sale.

95. On July 29, 2007, at approximately 12:17 p.m., CARMELO
MERCADO and AME HUSS engage in conversation using TT-4 (DD Session
3485). HUSS tells MERCADO that she had to leave the store (there
is a store located near 809 Niagara Street) because the police were
bothering her, they kept looking at her. MERCADO tells her to meet
him at the apartment on Niagara in 10 minutes. Based on this and
other intercepted conversations, (sessions 3483, 3486, and 3496),
I believe HUSS is a associate/customer and is trying to meet with
MERCADO to conduct and illegal drug transaction, but because the
police were in the area where they were going to meet, she had to

72

move.    I believe HUSS and MERCADO eventually did meet to conduct
the heroin sale.


96.   On July 31, 2007, at approximately 4:10 p.m., CARMELO
MERCADO and ANTHONY MENDEZ engage in conversation using TT-4 (PTT
Session 6135).    MERCADO asks MENDEZ where he is at and MENDEZ says
he is at home.    MERCADO says TITO is outside waiting to talk to
you.    MENDEZ acknowledges this and the call ends.    It is believed
TITO is in front of MENDEZ's house and waiting to speak with MENDEZ
possibly about a narcotics transaction.


97.   On August 1, 2007, at approximately 12:45 p.m., CARMELO
MERCADO and ARAMIS FOURNIER engage in conversation using TT-4 (PTT
Session 6170).    MERCADO asks FOURNIER if he wants MERCADO to "buy
you the same thing as he bought yesterday and that I brought you?"
FOURNIER says, "Yeah, yeah, yeah, bring me that hopefully quick
please."    MERCADO says "Yo, I am grabbing it now, it is being cut,
I will be out in a couple of seconds, give me a couple of minutes
and I won't be no more than ten minutes."    FOURNIER says, "Okay."
I believe, based on this and other intercepted conversations (TT-4,
PTT, Sessions 6169) related to this investigation, that FOURNIER is
asking MERCADO to re-supply him with illegal drugs and MERCADO is
telling FOURNIER that he will be there in a few minutes and that he
is just waiting for the illegal drugs to finish being "cut" (which

73

I believe is a reference to preparing illegal drugs for sale by adding some type of material which will dilute the drugs but make more of the material available for sale and increase profits). At the time of this call, FBI-SSTF personnel attempted to locate MERCADO, who according to cell site location information, was somewhere in the Riverside area of Buffalo. However, law enforcement personnel were unsuccessful in locating MERCADO until he came back to the lower west side of Buffalo, New York, near the area of Rhode Island Avenue.

98. On August 2, 2007, at approximately 5:44 p.m., CARMELO MERCADO and JORGE OLIVERA engage in conversation using TT-4 (PTT Session 6240). JORGE OLIVERA tells CARMELO MERCADO they may be "assed" out and that they can check the other store but he seriously doubts it. MERCADO tells OLIVERA somebody else went to that store and were "assed" out too. OLIVERA says they are going to have to make some kind of move and this cannot be happening to him. Based on this and other intercepted calls related to this investigation, I believe OLIVERA and/or members of the organization are in need of precursors and/or packaging materials for their narcotics, but are unable to find them at the store they normally use.

74

99. On August 3, 2007, at approximately 7:18 p.m., PEDRO ANTONETTY and JORGE OLIVERA engage in conversation using TT-3 (PTT Session 622). PEDRO ANTONETTY tells JORGE OLIVERA that he is at home and that whenever OLIVERA wants to swing by. During a continuation of this call (TT-3, PTT, Session 623 at approximately 7:19 p.m.), OLIVERA tells PEDRO ANTONETTY that he can swing by in about 20 minutes. PEDRO ANTONETTY replies only if he is not busy and OLIVERA tells PEDRO ANTONETTY he is not busy. Based on this and other intercepted conversations related to this investigation, investigators believe PEDRO ANTONETTY had made contact with his illegal drug supplier earlier in the day and now has illegal drugs for delivery to OLIVERA. PEDRO ANTONETTY is asking if OLIVERA can come over and OLIVERA is telling PEDRO ANTONETTY that he will be there in 20 minutes. FBI-SSTF personnel conducted physical surveillance at the residence of PEDRO ANTONETTY located at 88 Tacoma Avenue, Buffalo, following these intercepted conversations. FBI-SSTF personnel later observed JORGE OLIVERA in a white Honda Civic, bearing NY registration DYD-1862, departing 88 Tacoma Avenue. Eventually, the vehicle was observed in the area of McKinley Boulevard and Delaware Road, Kenmore. JORGE OLIVERA, on foot, was observed approaching and entering the residence located at 97 Delaware Road, Kenmore. Records indicate NY DYD-1862 is registered to JORGE OLIVERA, 111 17th Street, Buffalo, NY.

75

100. On August 3, 2007, at approximately 7:24 p.m., CARMELO MERCADO and JORGE OLIVERA engage in conversation using TT-4 (PTT Session 6359). OLIVERA tells MERCADO lets try and be up by 8:00 a.m. so we can be with JUNITO (a reference to ISRAEL CONCEPCION, a/k/a JUNITO) by 8:00 so we can just get it over with. MERCADO asks if he wants him to call him at 8:00 or 7:30. OLIVERA says "Let's try and be where we need to be by 8:00 so we can we can get it over with." OLIVERA tells MERCADO he is going to stick around here and ABE LNU is going to take the car to the car show. OLIVERA tells MERCADO he will just stay around here with MERCADO. MERCADO tells OLIVERA he can go to the car show and that MERCADO will stay around here. OLIVERA tells MERCADO he is tired of this already and they would be better off with an apartment. OLIVERA tells MERCADO that JOHN B and SMURF (a reference to JONATHAN ROSARIO, a/k/a JOHN B and ARAMIS FOURNIER, a/k/a SMURF) will be okay. It is believed based on this and other intercepted conversations related to this investigation, OLIVERA and MERCADO are going to meet with CONCEPCION in the morning to process illegal drugs for the organization. It is also believed OLIVERA is expressing frustration with the fact that the organization does not currently have a spot to use and members of the organization are meeting with customers, which is more difficult for the organization. In addition, OLIVERA is telling MERCADO he (OLIVERA) believes ROSARIO and FOURNIER will have enough illegal narcotics to last until

76

OLIVERA and MERCADO finish processing additional illegal narcotics for delivery to ROSARIO, FOURNIER, and other members of the organization in the morning.

101. On August 5, 2007, at approximately 2:59 p.m., CARMELO MERCADO and JORGE OLIVERA engage in conversation using TT-4 (PTT Session 6522). At this time, JORGE OLIVERA began using TT-5 again. However, the order authorizing the interception of wire communications regarding TT-5 had expired prior to this call being intercepted as a result only TT-4 intercepted the call. MERCADO and OLIVERA talked previously (TT-4, PTT, Session 6521) about MIKE (MICHAEL MARTINI), and the fact that MARTINI had called MERCADO instead of calling OLIVERA like he usually does. OLIVERA told MERCADO it is okay because he told MARTINI to call MERCADO because the number he has for OLIVERA is turned off. MERCADO asks OLIVERA "Are you sure I should answer his call?" and OLIVERA says "Yes, he is fine." MERCADO tells OLIVERA he was not sure but he will call him back. Based on this and other intercepted calls related to this investigation, I believe MERCADO is asking OLIVERA if he should call MARTINI back because MARTINI had recently been arrested and MERCADO is afraid MARTINI might be cooperating with law enforcement. OLIVERA assures MERCADO it is okay and MERCADO says he will call him right back.

102. On August 5, 2007, at approximately 3:01 p.m., CARMELO MERCADO and MICHAEL MARTINI a/k/a MIKE engage in conversation using TT-4 (DD Session 3737). MERCADO asks MARTINI what the deal is. MARTINI asks if MERCADO is around. MERCADO tells him he is in the neighborhood and MARTINI says okay. MARTINI asks if MERCADO wants him to come now. MERCADO asks what MARTINI wants and MARTINI says one. MERCADO says one and tells MARTINI to meet him at the store. MARTINI says alright. MERCADO says around twenty minutes. Based on this and other intercepted conversations related to this investigation, I believe MARTINI is telling MERCADO he wants one bundle of heroin and MERCADO is telling MARTINI to meet him at the store (which I believe is a reference to a prearranged meeting location possibly the Zipps Market located at the corner of Massachusetts Avenue and Niagara Street, where MERCADO has been observed meeting customers in the past.

## CALLS RELATING TO ROBERT GARIGAL

103. On June 18, 2007, at approximately 4:55 p.m., CARMELO MERCADO and ROBERT GARIGAL[12] engage in conversation using TT-4 (DD Session 789). GARIGAL tells MERCADO he will be there in fifteen minutes. MERCADO tells GARIGAL to come over Niagara Street in the back. GARIGAL confirms, and then agrees. Your Affiant believes GARIGAL is contacting MERCADO to obtain an unspecified amount of heroin. MERCADO is instructing GARIGAL to come to the 809 Niagara Street location to obtain the heroin. During this intercepted conversation, FBI-SSTF personnel were conducting video surveillance at the 809 Niagara Street location. Your Affiant believes based on a physical description of GARIGAL that GARIGAL was observed

---

[12]Telephone number 716-574-0371 was being used by an unidentified male to communicate and coordinate illegal drug activities with other subjects of this investigation which are detailed in this Affidavit. The subscriber for 716-574-0371 is THOMAS JOHNSON, Inc., 3566 North Buffalo Street, Orchard Park, NY. On August 20, 2007, FBI-SSTF personnel interviewed a THOMAS JOHNSON, Inc. employee regarding the matter. Pursuant to the interview it was determined 716-574-0371 is assigned to a ROBERT GARIGAL. In addition, a voice mail message intercepted during the investigation indicated the telephone was used by a ROBERT GARIGAL. However, to confirm the identity of the individual who was actually using the telephone to communicate with subjects of the investigation, because no name was ever used, a call was placed to GARIGAL without him knowing law enforcement personnel were present. GARIGAL's voice was positively identified by the law enforcement personnel present as the individual who was communicating and coordinating illegal drug activities with other subjects of this investigation, which are detailed in this Affidavit. Finally, a physical description of GARIGAL matched a physical description of an individual observed during a physical surveillance related to intercepted conversations regarding 716-574-0371, on June 18, 2007.

arriving and departing the Niagara Street location during this illegal heroin transaction.

104. On June 20, 2007, at approximately 12:16 p.m., CARMELO MERCADO and ROBERT GARIGAL engage in conversation using TT-4 (DD Session 1149). GARIGAL tells MERCADO he wants to meet MERCADO. MERCADO asks GARIGAL what he has for rent and GARIGAL tells MERCADO 340. MERCADO tells GARIGAL he will see him at the car wash. GARIGAL asks if it is the one on Niagara and MERCADO says yes. Based on the amount of money involved, I believe GARIGAL is arranging to purchase approximately three bundles of heroin from MERCADO, which is more than a normal user amount and is indicative of the fact that GARIGAL is distributing and/or providing heroin to other individuals. In addition, prior to this intercepted conversation another call was intercepted (DD 1142) where GARIGAL had attempted to go to the spot, believed to located at 809 Niagara Street at this time, but the "man" (which I believe is a reference to police) was outside. As a result, GARIGAL requested to meet MERCADO at another location.

105. On July 23, 2007, at approximately 4:31 p.m., JORGE OLIVERA and ROBERT GARIGAL engage in conversation using TT-4 (DD Session 3219). OLIVERA (using MERCADO's telephone) asks GARIGAL how much he has for rent and GARIGAL replies 240 and will be there

in five minutes.  OLIVERA tells GARIGAL he will have to give them like fifteen minutes and OLIVERA tells GARIGAL that he would rather see him (GARIGAL) himself (OLIVERA).  GARIGAL agrees and OLIVERA tells GARIGAL he will see him at the store on Niagara Street in 20 minutes.  GARIGAL asks if it is at Niagara and Mass (a reference to Niagara Street and Massachusetts Avenue) and OLIVERA confirms the location.  Based on the amount of money involved, I believe GARIGAL is arranging to purchase approximately two bundles of heroin from OLIVERA, which is more than a normal user amount and is indicative of the fact that GARIGAL is distributing and/or providing heroin to other individuals.

106. On July 30, 2007, at approximately 7:29 a.m., CARMELO MERCADO and ROBERT GARIGAL engage in conversation using TT-4 (DD Session 3530).  GARIGAL asks MERCADO to come and see him.  GARIGAL says he needs five and is at the bank right now getting the money. MERCADO and GARIGAL agree to meet in the area of Ferry and Herkimer (a reference to W. Ferry Street and Herkimer Street) in a couple of minutes.  Your Affiant believes that in this call, GARIGAL is ordering five bundles of heroin from MERCADO and they are agreeing to meet so MERCADO can provided GARIGAL with the five bundles and collect the illegal drug proceeds.

107. On July 31, 2007, at approximately 9:57 a.m., CARMELO MERCADO and ROBERT GARIGAL engage in conversation using TT-4 (DD Session 3553). GARIGAL asks MERCADO if anyone is around. MERCADO tells GARIGAL he will get up and meet with GARIGAL. I believe MERCADO already knows what GARIGAL needs, because MERCADO provided heroin to GARIGAL the previous day at which time, I believe GARIGAL advised MERCADO he would be contacting him today.

## V.    CONCLUSION AND PROBABLE CAUSE STATEMENT

108. WHEREFORE, your Affiant asserts that there is probable cause to believe that from in or about January 2007 and on or about August 10, 2007, in the Western District of New York, **JUAN J. ANTONETTY a/k/a SHORTY, ANTHONY MENDEZ a/k/a ANT or MENOR, ARAMIS FOURNIER a/k/a SMURF, JONATHAN ROSARIO a/k/a JOHN B, JOSE SANABRIA a/k/a ZANAHORIA, RICHARD VEGA a/k/a RICHIE, JOSE CRUZ, a/k/a LUISITO or FLACO, CHRISTIAN ROSARIO a/k/a PG, SARAH SANFORD, RICHARD GARVEY a/k/a RICK, MICHAEL MARTINI, AME HUSS and ROBERT GARIGAL,** have engaged in a conspiracy to possess with intent to distribute and to distribute heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841 and 846, and have used communication facilities to commit drug

82

felonies, in violation of Title 21, United States Code, Section 843(b).

JOHN A. YERVELLI, JR.
Special Agent
Federal Bureau of Investigation

Subscribed to and sworn before me
this 23rd day of August, 2007.

HON. H. KENNETH SCHROEDER, JR.
United States Magistrate Judge
Western District of New York

83