| | | |
|---|---|---|
| **Description** | 07-M-97 Minute entry (Antonetty, Rosario, Sanabria, Vega, Garvey, Martini) | |
| **Date** | 8 /24/2007 | **Location** Judge Schroeder |

| Time | Speaker | Note |
|---|---|---|
| 11:25:25 AM | | U.S. v Antonetty, |
| 11:27:40 AM | | INITIAL APPEARANCE HELD.   AUSA T. Lynch; Jeremy Schwartz (of counsel to Anthony Lana) with defendant Antonetty; Jeremy Schwartz appearing for defendant Rosario; defendants Sanabria, Vega and Garvey pro se; John Lavin with defendant Martini |
| 11:27:45 AM | | Defendants advised of charges |
| 11:29:32 AM | | Defendants advised of rights |
| 11:30:13 AM | | Defendant Antonetty to retain attorney Lana.   Defendant Rosario to retain counsel. |
| 11:30:37 AM | | Mr. Lavin has not yet been retained by deft Martini |
| 11:31:48 AM | | Defendant Sanabria to retain counsel (Joel Daniels) |
| 11:32:26 AM | | Defendant Vega to retain Luis Rosado |
| 11:33:18 AM | | Defendant Garvey to retain Salvatore Abbate |
| 11:33:36 AM | | Government moved for detention of all defendants |
| 11:37:20 AM | | Appearance of counsel/detention hearings scheduled 8/29/07 at 3:00 pm |
| 11:37:38 AM | | Time excluded pursuant to 18 USC 3161(h)(8)(B)(iv) and (h)(8)(A) |
| 11:39:29 AM | | Defendant Vega requested Spanish interpreter |
| 11:39:45 AM | | STO to be submitted. |
| 11:40:00 AM | | Defendants remanded to U.S. Marshal. |
| 11:41:44 AM | END | |